

# State of New York
# Supreme Court, Appellate Division
# Third Judicial Department

I, **Robert D. Mayberger**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Jonathan Christopher Cross

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **27th day of August, 2002**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **31st day of May, 2011**.



*Robert D. Mayberger*
Clerk