Jonathan C. Cross
jcross@chadbourne.com
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 408-5100
Facsimile: (212) 541-5369

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LFG NATIONAL CAPITAL, LLC,<br><br>Plaintiff(s)<br>v.<br>GARY, WILLIAMS, FINNEY, LEWIS, WATSON & SPERANDO, P.L., WILLIE GARRY and LORENZO WILLIAMS,<br><br>Defendant(s). | CASE NUMBER<br><br>CV11-4538 (PSG)(PJWx)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Jonathan C. Cross, of Chadbourne & Parke LLP, 30 Rockefeller Plaza, New York, NY 10112, (212) 408-5100, jcross@chadbourne.com, for permission to appear and participate in the above-entitled action on behalf of Plaintiff and the designation of Jay R. Henneberry / State Bar No. 135065, of Chadbourne & Parke LLP, 350 South Grand Avenue, Suite 3300, Los Angeles, California 90071, (212) 892-1000, jhenneberry@chadbourne.com as local counsel, hereby **ORDERS** the Application be:

☐ GRANTED
☐ DENIED.  Fee shall be returned by the Clerk.
☐ DENIED.  For failure to pay the required Pro Hac Vice appearance fee.

Dated _____      _____
                                                                       U. S. District Judge/U.S. Magistrate Judge

GB64 ORDER (11/10)      ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE