EPS Judicial Process Service, Inc.
29-27 41st Avenue, Suite 812
Long Island City, NY 11101
Telephone: 718-472-2900
Facsimile: 718-472-2909

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
-----------------------------------------------------------------------X
LFG NATIONAL CAPITAL, LLC,

                 Plaintiff (s),

Case No. 11 CV 4538
AFFIDAVIT OF SERVICE

      -against-

GARY, WILLIAMS, FINNEY, LEWIS, WATSON &
SPERANDO, P.L., WILLIE GARY and LORENZO
WILLIAMS

                 Defendant (s).
-----------------------------------------------------------------------X

| STATE OF FLORIDA | ) |
|---|---|
| | :s.s.: |
| COUNTY OF PALM BEACH | ) |

      MICHAEL ROCCO, being duly sworn, deposes and says:

      I am not a party to this action, am over the age of eighteen years, and reside in the State of Florida.

      I am an agent for EPS Judicial Process Service, Inc. and I received the Summons; Complaint for Breach of Contract and Breach of Guarantees along with the signed Standing Order Regarding Newly Assigned Case, dated May 31, 2011, by the Honorable Philip S. Gutierrez for the above-entitled action to be served upon Willie Gary, defendant herein named.

      On the 1st day of June, 2011, at approximately 3:35 p.m. at 221 East Osceola Street, Stuart, Florida, I served true copies of the SUMMONS; COMPLAINT FOR BREACH OF CONTRACT AND BREACH OF GUARANTEES along with the signed STANDING ORDER REGARDING NEWLY ASSIGNED CASE, dated May 31, 2011, by the Honorable Philip S. Gutierrez, in the above-entitled action, upon WILLIE GARY,

defendant herein named, by personally delivering to and leaving thereat, true copies of the above mentioned documents with Chan Abney. At time of service, Ms. Abney identified herself as the General Counsel for Gary, Williams, Finney, Lewis, Watson & Sperando, P.L. and as a person authorized to accept service of process for Willie Gary. Ms. Abney is a person of suitable age and discretion at the aforementioned address.

Ms. Abney is an African-American female, approximately 50 years of age, 5'6" tall, 145 lbs with dark hair and dark eyes and wore glasses.

Sworn to before me this
2nd day of June, 2011

NOTARY PUBLIC

NOTARY PUBLIC-STATE OF FLORIDA
Jonathan Levy
Commission #DD789719
Expires: MAR. 13, 2012
BONDED THRU ATLANTIC BONDING CO., INC.

MICHAEL ROCCO