JAY R. HENNEBERRY (State Bar No. 135065)
jhenneberry@chadbourne.com
CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, California  90071
Telephone:  (213) 892-1000
Facsimile:   (213) 892-2045

*Of Counsel*
Scott S. Balber (*pro hac vice* pending)
sbalber@chadbourne.com
Jonathan C. Cross (*pro hac vice* pending)
jcross@chadbourne.com
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, New York  10112
Telephone:  (212) 408-5100
Facsimile:   (212) 541-5369

Attorneys for Plaintiff
LFG National Capital, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| LFG NATIONAL CAPITAL, LLC,<br><br>                    Plaintiff,<br><br>         v.<br><br>GARY, WILLIAMS, FINNEY, LEWIS, WATSON & SPERANDO, P.L., WILLIE GARY, and LORENZO WILLIAMS,<br><br>                    Defendants. | Case No. CV11-04538 PSG (PJWx)<br><br>**DECLARATION OF JAY R. HENNEBERRY IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER AMENDING THE DOCKET** |
|---|---|

I, JAY R. HENNEBERRY, declare and state:

1. I am an attorney at law duly licensed and admitted to practice in the State of California and before this Court.  I am a Partner of the law firm of Chadbourne & Parke LLP, counsel for Plaintiff LFG National Capital, LLC ("LFG National").  I have personal and first-hand knowledge of the facts set forth herein, and if called upon to testify, I could and would competently testify to the following.

2. I write in support of Plaintiff LFG National Capital, LLC's ("LFG National") *ex parte* application for an order directing the Clerk to remove from the docket the attachments numbered 3, 4 and 5 to Docket Entry 11, specifically the Declaration of Alan Zimmerman and "Exhibits A-E" and "Exhibits F-N" thereto, filed on June 3, 2011 in support of LFG National's *Ex Parte* Application for Temporary Restraining Order and/or Order to Show Cause re: Issuance of a Preliminary Injunction.

3. On June 3, 2011, counsel for LFG National inadvertently filed the above-referenced documents, which contain certain matter that should have been redacted. On June 7, 2011, counsel for LFG National re-filed the above-referenced documents with the proper redactions pursuant to Local Rule 79-5.4.

4. On June 6, 2011, counsel for LFG National conferred with Sally Robertson, Esq. of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., counsel for defendants Gary, Williams, Finney, Lewis, Watson & Sperando, P.L., Willie Gary, and Lorenzo Williams.

5. As is reflected in the e-mail response from Ms. Robertson, a true and correct copy of which is attached hereto as Exhibit A, Defendants do not object to the relief sought by LFG National in the present Application.

Dated: June 7, 2011                              CHADBOURNE & PARKE LLP


                                                 By: _____/s/ Jay R. Henneberry_____
                                                        Jay R. Henneberry

                                                 Attorneys for Plaintiff
                                                 LFG NATIONAL CAPITAL, LLC

DECLARATION OF JAY R. HENNEBERRY IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER AMENDING THE DOCKET

CPAM: 4002253.2