## Henneberry, Jay R.

| | |
|---|---|
| **From:** | Robertson, Sally [SRobertson@mintz.com] |
| **Sent:** | Monday, June 06, 2011 6:21 PM |
| **To:** | Cross, Jonathan; Saferstein, Harvey |
| **Cc:** | Balber, Scott; Henneberry, Jay R.; Shamonki, Nada |
| **Subject:** | RE: LFG National Capital v. Gary, Williams et al., Case No. 2:11-cv-04538-PSG-PJW |

Thank you – we have no objections to your contemplated motion, as set forth below.

Sally Robertson | Attorney
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
2029 Century Park East, Suite 1370 | Los Angeles, CA 90067
Direct: (310) 586-3211 | Fax: (310) 586-3202
E-mail: SRobertson@mintz.com
Web: www.mintz.com



**From:** Cross, Jonathan [mailto:JCross@chadbourne.com]
**Sent:** Monday, June 06, 2011 6:06 PM
**To:** Saferstein, Harvey
**Cc:** Balber, Scott; Henneberry, Jay R.; Shamonki, Nada; Robertson, Sally
**Subject:** LFG National Capital v. Gary, Williams et al., Case No. 2:11-cv-04538-PSG-PJW

Harvey,

Tomorrow morning, Plaintiff intends to file a motion in the above-captioned case to amend the docket to remove the version of the Zimmerman Declaration (with exhibits) that was filed on Friday, in order to address the issues you have raised concerning financial account numbers, as well as references to the amount of fees in a certain case.

Please confirm that you have no objection to the contemplated motion to amend the docket.

Regards,

Jonathan C. Cross

**Jonathan Cross | Counsel**
**CHADBOURNE & PARKE LLP**
30 Rockefeller Plaza, New York, NY 10112
**tel** 212-408-1058 | **fax** 646-710-1058
jcross@chadbourne.com | http://www.chadbourne.com
vCard: http://www.chadbourne.com/vcard/jcross.vcf

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me by replying to this message and permanently delete the original and any copy of this e-mail and any printout thereof.