MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
Harvey I. Saferstein, Esq. (SBN: 49750)
Nada I. Shamonki, Esq. (SBN: 205359)
Sarah J. Robertson, Esq. (SBN: 243364)
2029 Century Park East, Suite 1370
Los Angeles, California 90067
Phone: 310.586.3200
Fax: 310.586.3202
hsaferstein@mintz.com; nshamonki@mintz.com,
and srobertson@mintz.com

Attorneys for Defendants
GARY, WILLIAMS, FINNEY, LEWIS, WATSON & SPERANDO, P.L., WILLIE GARY, and LORENZO WILLIAMS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| LFG NATIONAL CAPITAL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GARY, WILLIAMS, FINNEY, LEWIS, WATSON & SPERANDO, P.L., WILLIE GARY, and LORENZO WILLIAMS,<br><br>Defendants. | Case No. CV11-04538 PSG (PJWx)<br><br>**DEFENDANTS' APPLICATION TO FILE CERTAIN PORTIONS OF AND EXHIBITS TO THEIR OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND/OR ORDER TO SHOW CAUSE RE: ISSUANCE OF A PRELIMINARY INJUNCTION UNDER SEAL**<br><br>Date: TBD<br>Time: TBD<br>Judge: Honorable Philip S. Gutierrez<br>**Courtroom: 880** |
|---|---|

## RELIEF REQUESTED

Pursuant to Civil Local Rules 79-5.1, Defendants GARY, WILLIAMS, FINNEY, LEWIS, WATSON & SPERANDO, P.L., WILLIE GARY, and LORENZO WILLIAMS ("Defendants") hereby move the Court for an Order permitting Defendants to file Exhibits and portions of their Opposition to Plaintiff's

*Ex Parte* Application for Temporary Restraining Order and/or Order to Show Cause Re: Issuance of a Preliminary Injunction ("Opposition"), under seal because Defendants and Plaintiff LFG National Capital, LLC ("LFG") agreed to keep the terms of the underlying agreement confidential. Filed contemporaneously herewith is the Declaration of Sarah J. Robertson in support of Defendants' application to seal.

## APPLICABLE LEGAL AUTHORITY

"[F]ilings under seal are the primary means by which the courts ensure full disclosure of relevant information, while still preserving the parties' legitimate expectation that confidential business information ... will not be publicly disseminated." *In re Adobe Systems, Inc.*, 141 F.R.D. 155, 161-62 (N.D.Cal.1992) (citing *Johnson Controls, Inc. v. Phoenix Control Sys.*, 886 F.2d 1173, 1776 (9th Cir.1989), *and Henry Hope X-Ray Prods. Inc. v. Marron Carrel, Inc.*, 674 F.2d 1336, 1343 (9th Cir.1982)). Courts in this Circuit have recognized that potential injury may result from the disclosure of confidential and proprietary business information, in that competitors could use such information "to duplicate [defendants'] products, compete for [their] customers, or interfere with [their] business plan and thereby gain a competitive advantage in the marketplace." *Intel Corp. v. Via Tech., Inc.*, 198 F.R.D. 525, 531 (N.D.Cal.2000); *see also Akzo N.V. v. United States International Trade Commission*, 808 F.2d 1471, 1483 (Fed.Cir.1986), *cert. denied*, 482 U.S. 909, 107 S.Ct. 2490, 96 L.Ed.2d 382 (1987) ("where confidential material is disclosed to an employee of a competitor, the risk of the competitor's obtaining an unfair business advantage may be substantially increased"). Notably, confidential business information may include "financial information." *In re Adobe*, 141 F.R.D. at 158. The court may therefore order the sealing of court records when they contain confidential or otherwise sensitive business information. C.D. Civ. L.R. 79-5.1; *see also IMAX Corp. v. Cinematech, Inc.*, 152 F.3d 1161, 1168 (9th Cir.1998) (noting that confidential and proprietary business information is "to be filed under seal").

## ARGUMENT

Defendants and LFG entered into an agreement that contains a confidentiality clause at the parties' request. *See* Declaration of Sarah J. Robertson in Support of Defendants' Application to Seal ("Robertson Declaration"). Based on this agreement, Defendants are seeking to file excerpts of the concurrently filed Opposition under seal. In compliance with Local Rule 79-5.1 and the spirit of case law in this Circuit, Defendants are filing the Opposition in a manner that is narrowly tailored to protect them, while minimizing the infringement of the public's right of access to documents filed with the Court. Declaration of Sarah J. Robertson in Support of Defendants' Application to Seal, ¶ 3. Accordingly, Defendants respectfully requests that the Court allow Defendants to file the foregoing exhibits and excerpts under seal in accordance with Civil L.R. 79-5.1.

Dated: June 6, 2011

Respectfully submitted,

MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, PC

_____
Harvey I. Saferstein
Nada I. Shamonki
Sarah J. Robertson

*Attorneys for Defendants*
GARY, WILLIAMS, FINNEY, LEWIS,
WATSON & SPERANDO, P.L., WILLIE
GARY, and LORENZO WILLIAMS

# PROOF OF SERVICE

STATE OF CALIFORNIA ) 
) ss
COUNTY OF LOS ANGELES )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2029 Century Park East, Suite 1370, Los Angeles, California 90067. On June 6, 2011, I served the following documents:

**DEFENDANTS' APPLICATION TO FILE CERTAIN PORTIONS OF AND EXHIBITS TO THEIR OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND/OR ORDER TO SHOW CAUSE RE: ISSUANCE OF A PRELIMINARY INJUNCTION UNDER SEAL**

☒ By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth below.

JAY R. HENNEBERRY
CHADBOURNE & PARKE LLP
350 South Grand Avenue, Suite 3300
Los Angeles, California 90071
Telephone: (213) 892-1000
Facsimile: (213) 622-9865
Email: jhenneberry@chadbourne.com

Scott S. Balber
Jonathan C. Cross
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 408-5100
Facsimile: (212) 541-5369
Email: sbalber@chadbourne.com; jcross@chadbourne.com

*Attorneys for Plaintiff*
*LFG National Capital, LLC*

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 6, 2011, at Los Angeles, California.

*Jazmin Leon*
JAZMIN LEON

1

5419112v.1     PROOF OF SERVICE