MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
Harvey I. Saferstein, Esq. (SBN: 49750)
Nada I. Shamonki, Esq. (SBN: 205359)
Sarah J. Robertson, Esq. (SBN: 243364)
2029 Century Park East, Suite 1370
Los Angeles, California 90067
Phone: 310.586.3200
Fax: 310.586.3202
hsaferstein@mintz.com; nshamonki@mintz.com, and srobertson@mintz.com

Attorneys for Defendants
GARY, WILLIAMS, FINNEY, LEWIS, WATSON & SPERANDO, P.L., WILLIE GARY, and LORENZO WILLIAMS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LFG NATIONAL CAPITAL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GARY, WILLIAMS, FINNEY, LEWIS, WATSON & SPERANDO, P.L., WILLIE GARY, and LORENZO WILLIAMS,<br><br>Defendants. | Case No. CV11-04538 PSG (PJWx)<br><br>**DECLARATION OF SARAH J. ROBERTSON IN SUPPORT OF DEFENDANTS' APPLICATION TO FILE CERTAIN PORTIONS OF AND EXHIBITS TO THEIR OPPOSITION TO PLAINTIFF'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND/OR ORDER TO SHOW CAUSE RE: ISSUANCE OF A PRELIMINARY INJUNCTION UNDER SEAL**<br><br>Date: TBD<br>Time: TBD<br>Judge: Honorable Philip S. Gutierrez<br>Courtroom: 880 |

///
///
///
///
///
///

1

# DECLARATION OF SARAH J. ROBERTSON

I, Sarah J. Robertson, declare as follows:

1. I am licensed to practice law in the State of California and admitted as a member of the Bar of this Court. I am an attorney with Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. ("Mintz Levin"), counsel of record for Defendants GARY, WILLIAMS, FINNEY, LEWIS, WATSON & SPERANDO, P.L., WILLIE GARY, and LORENZO WILLIAMS ("Defendants"). I submit this declaration in support of Defendants' Application to File Certain Portions of and Exhibits to Their Opposition to Plaintiff's Ex Parte Application for Temporary Restraining Order and/or Order to Show Cause Re: Issuance of a Preliminary Injunction.

2. Except for those matters set forth on information and belief, I make this declaration of my own knowledge. I could and would competently testify as to the matters set forth below if called upon to do so. As for the matters set forth on information and belief, I have been informed that they are true and, based upon such information, I believe them to be true.

3. It is my belief that the publicly filed version of Defendants' Opposition to Plaintiff's *Ex Parte* Application for Temporary Restraining Order and/or Order to Show Cause Re: Issuance of a Preliminary Injunction ("Opposition") and the exhibits to Opposition are redacted in a manner that is narrowly tailored to protect either the confidentiality of Defendants' information or is consistent with Defendants' agreements, while minimizing the infringement of the public's right of access to documents filed with the Court as Defendants, through counsel, has requested that only certain documents that I am informed and believe are not publicly available be sealed.

1 | I declare under penalty of perjury under the laws of the State of California and
2 | of the United States of America that the foregoing is true and correct.
3 | Executed on this 6th day of June 2011 in Los Angeles, California.
4
5
6 | _____
7 | Sarah J. Robertson
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

|  |  |
|--|--|
| 1 | PROOF OF SERVICE |
| 2 | STATE OF CALIFORNIA ) |
|  | ) ss |
| 3 | COUNTY OF LOS ) |
|  | ANGELES ) |

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2029 Century Park East, Suite 1370, Los Angeles, California 90067. On June 6, 2011, I served the following documents:

**DECLARATION OF SARAH J. ROBERTSON IN SUPPORT OF DEFENDANTS' APPLICATION TO FILE CERTAIN PORTIONS OF AND EXHIBITS TO THEIR OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND/OR ORDER TO SHOW CAUSE RE: ISSUANCE OF A PRELIMINARY INJUNCTION UNDER SEAL**

| ☒ | By facsimile machine. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine, which confirms said transmission and receipt. I, thereafter, e-mailed a copy to the interested party(ies) in this action to the parties listed below. |
|---|---|
|   | JAY R. HENNEBERRY<br>CHADBOURNE & PARKE LLP<br>350 South Grand Avenue, Suite 3300<br>Los Angeles, California 90071<br>Telephone:(213) 892-1000<br>Facsimile: (213) 622-9865<br>Email: jhenneberry@chadbourne.corn<br><br>Scott S. Balber<br>Jonathan C. Cross<br>CHADBOURNE & PARKE LLP<br>30 Rockefeller Plaza<br>New York, New York 10112<br>Telephone:(212) 408-5100<br>Facsimile: (212) 541-5369<br>Email: sbalber@chadbourne.com; jcross@chadbourne.com<br><br>*Attorneys for Plaintiff*<br>*LFG National Capital, LLC* |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

1  I declare under penalty of perjury that the foregoing is true and correct.
2  Executed on June 6, 2011, at Los Angeles, California.

3

4                                         _____
                                              JAZMIN LEON
5

6  5419113v.1

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2
PROOF OF SERVICE