JAY R. HENNEBERRY (State Bar No. 135065)
jhenneberry@chadbourne.com
CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, California 90071
Telephone: (213) 892-1000
Facsimile: (213) 892-2045

*Of Counsel*
Scott S. Balber (*pro hac vice* pending)
sbalber@chadbourne.com
Jonathan C. Cross (*pro hac vice* pending)
jcross@chadbourne.com
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 408-5100
Facsimile: (212) 541-5369

Attorneys for Plaintiff
LFG National Capital, LLC

E-FILED 06/09/11
term #24

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| LFG NATIONAL CAPITAL, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>GARY, WILLIAMS, FINNEY, LEWIS, WATSON & SPERANDO, P.L., WILLIE GARY, and LORENZO WILLIAMS,<br><br>        Defendants. | Case No. CV11-04538 PSG (PJWx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER AMENDING THE DOCKET** |

   Plaintiff LFG National Capital, LLC ("LFG National") filed an *ex parte* application for an order directing the Clerk to remove from the docket the attachments numbered 3, 4 and 5 to Docket Entry 11, specifically the Declaration of Alan Zimmerman and "Exhibits A-E" and "Exhibits F-N" thereto, filed on June 3, 2011 in support of LFG National's *Ex Parte* Application for Temporary Restraining Order and/or Order to Show Cause re: Issuance of a Preliminary Injunction.  This Application

is brought pursuant to Local Rule 79-5.4, and is made on the ground that the above-referenced documents contain Financial Account Numbers that counsel for LFG National inadvertently filed without redaction, as well as certain other information relating to what Defendants claim to be a confidential litigation settlement.

As set forth in the Declaration of Jay R. Henneberry, LFG National has re-filed the aforementioned documents with the Financial Account Numbers and certain other information redacted. Furthermore, counsel for defendants Gary, Williams, Finney, Lewis, Watson & Sperando, P.L., Willie Gary, and Lorenzo Williams does not object to the relief sought by LFG National in the present Application.

Having reviewed the Application and the unredacted and redacted versions of the documents at issue, the application is hereby GRANTED. The Clerk is directed to remove from the docket the attachments numbered 3, 4 and 5 to Docket Entry 11, specifically the Declaration of Alan Zimmerman and the Exhibits thereto, filed in support of LFG National's *Ex Parte* Application for Temporary Restraining Order and/or Order to Show Cause re: Issuance of a Preliminary Injunction.

Dated: 06/08 , 2011

### PHILIP S. GUTIERREZ
Honorable Philip S. Gutierrez
Judge of the United States District Court
for the Central District of California