MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
Harvey I. Saferstein, Esq. (SBN: 49750)
Nada I. Shamonki, Esq. (SBN: 205359)
Sarah J. Robertson, Esq. (SBN: 243364)
2029 Century Park East, Suite 1370
Los Angeles, California 90067
Phone: 310.586.3200
Fax: 310.586.3202
hsaferstein@mintz.com; nshamonki@mintz.com, and srobertson@mintz.com

Attorneys for Defendant and Counterclaimant
GARY, WILLIAMS, FINNEY, LEWIS, WATSON & SPERANDO, P.L., and Defendants
WILLIE GARY and LORENZO WILLIAMS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LFG NATIONAL CAPITAL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GARY, WILLIAMS, FINNEY, LEWIS, WATSON & SPERANDO, P.L., WILLIE GARY, and LORENZO WILLIAMS,<br><br>Defendants. | Case No. CV11-04538 PSG (PJWx)<br><br>**DECLARATION OF HARVEY I. SAFERSTEIN IN SUPPORT OF DEFENDANTS WILLIE GARY AND LORENZO WILLIAMS' MOTION TO DISMISS THE SECOND CLAIM FOR RELIEF IN PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P 12(b)(6)**<br><br>Hearing:<br>Date: August 1, 2011<br>Time: 1:30 p.m.<br>Judge: Honorable Philip S. Gutierrez<br>Courtroom: 880 |

///
///
///
///
///
///
///

1

**DECLARATION OF HARVEY I. SAFERSTEIN**

I, Harvey I. Saferstein, declare as follows:

1. I am licensed to practice law in the State of California and admitted as a member of the Bar of this Court. I am an attorney with Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. ("Mintz Levin"), counsel of record for Defendants Willie Gary and Lorenzo Williams ("Individual Defendants"). I submit this declaration in support of the Individual Defendants' Motion to Dismiss the second claim for relief in Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) (the "Motion").

2. Except for those matters set forth on information and belief, I make this declaration of my own knowledge. I could and would competently testify as to the matters set forth below if called upon to do so. As for the matters set forth on information and belief, I have been informed that they are true and, based upon such information, I believe them to be true.

3. On Friday, June 24, 2011, I contacted Plaintiff LFG National Capital, LLC's ("Plaintiff") counsel, Scott Balber, and met and conferred with him regarding this Motion. Mr. Balber declined to amend Plaintiff's Complaint to take out the Second Claim for Relief for Breach of Guarantees and dismiss the Individual Defendants. Mr. Balber further indicated that Plaintiff would oppose this Motion.

4. On Tuesday, June 28, 2011, I sent a follow up email to Plaintiff's counsel, Scott Balber, confirming our discussion and making the demand by the Individual Defendants that Plaintiff satisfy itself first from the resources and collateral of the law firm of Gary, Williams, Finney, Lewis, Watson & Sperando, P.L. A true and correct copy of this email is attached hereto as Exhibit "A."

///
///
///
///

2

1  I declare under penalty of perjury under the laws of the State of California and
2  of the United States of America that the foregoing is true and correct.
3
4  Executed on this 29th day of June 2011 in Los Angeles, California.
5
6  _____
   Harvey I. Saferstein
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

| | |
|---|---|
| **From:** | Saferstein, Harvey |
| **Sent:** | Tuesday, June 28, 2011 2:37 PM |
| **To:** | 'Balber, Scott' |
| **Cc:** | Saferstein, Harvey; Robertson, Sally; Lorenzo Williams (lw@williegary.com); Chan B. Abney |
| **Subject:** | Status |

Hope all is well.  I am still waiting on a status report of the hearing in San Francisco.  Willie Gary is still traveling.

On the other front, as we discussed on Friday, we will be filing a Motion to Dismiss the Second Claim for Relief against Lorenzo Williams and Willie Gary on the Guarantees because LFG has not satisfied itself from the law firm or its collateral.

In addition, insofar as it is necessary, please consider this formal notice of Messrs. Williams and Gary demanding that the creditor LFG satisfy itself first from the principal debtor, the law firm, and its collateral.  Please inform LFG.

Thanks so much.


Harvey Saferstein | Member
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
2029 Century Park East, Suite 1370 | Los Angeles, CA 90067
Direct: (310) 586-3203 | Mobile: (310) 428-1033 | Fax: (310) 586-3202
E-mail: HSaferstein@mintz.com
Web: www.mintz.com



1

**Exhibit A**

**4**

# PROOF OF SERVICE

STATE OF CALIFORNIA ) 
) ss 
COUNTY OF LOS ANGELES )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2029 Century Park East, Suite 1370, Los Angeles, California 90067.

I hereby certify that on June 29, 2011, the foregoing document(s): **DECLARATION OF HARVEY I. SAFERSTEIN IN SUPPORT OF DEFENDANTS WILLIE GARY AND LORENZO WILLIAMS' MOTION TO DISMISS THE SECOND CLAIM FOR RELIEF IN PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P 12(b)(6)** was/were electronically filed with the Clerk of the Court using the CM/ECF system which will send will send a notice of electronic filing to the following CM/ECF registered party(ies):

> Jay R. Henneberry
> CHADBOURNE & PARKE LLP
> 350 South Grand Avenue, Suite 3300
> Los Angeles, California 90071
> Telephone:(213) 892-1000
> Facsimile: (213) 622-9865
> Email: jhenneberry@chadbourne.com
>
> Scott S. Balber
> Jonathan C. Cross
> CHADBOURNE & PARKE LLP
> 30 Rockefeller Plaza
> New York, New York 10112
> Telephone:(212) 408-5100
> Facsimile: (212) 541-5369
> Email: sbalber@chadbourne.com; jcross@chadbourne.com
>
> *Attorneys for Plaintiff and Counterdefendant*
> *LFG National Capital, LLC*

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 29, 2011, at Los Angeles, California.

_____
JAZMIN LEON

5442304v.1

1
PROOF OF SERVICE