MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
Harvey I. Saferstein, Esq. (SBN: 49750)
Nada I. Shamonki, Esq. (SBN: 205359)
Sarah J. Robertson, Esq. (SBN: 243364)
2029 Century Park East, Suite 1370
Los Angeles, California 90067
Phone: 310.586.3200
Fax: 310.586.3202
hsaferstein@mintz.com; nshamonki@mintz.com,
and srobertson@mintz.com

Attorneys for Defendant and Counterclaimant
GARY, WILLIAMS, FINNEY, LEWIS,
WATSON & SPERANDO, P.L., and Defendants
WILLIE GARY and LORENZO WILLIAMS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LFG NATIONAL CAPITAL, LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>GARY, WILLIAMS, FINNEY, LEWIS, WATSON & SPERANDO, P.L., WILLIE GARY, and LORENZO WILLIAMS,<br><br>   Defendants. | Case No. CV11-04538 PSG (PJWx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS WILLIE GARY AND LORENZO WILLIAMS' MOTION TO DISMISS THE SECOND CLAIM FOR RELIEF IN PLAINTIFF'S COMPLAINT**<br><br>Hearing:<br>Date:  August 1, 2011<br>Time:  1:30 p.m.<br>Judge:  Honorable Philip S. Gutierrez<br>Courtroom:  880 |

///
///
///
///
///
///
///
///

1

1  Having considered Defendants Willie Gary and Lorenzo Williams' Motion to
2  Dismiss the Second Claim for Relief in Plaintiff's Complaint that came on regularly
3  for hearing before this Court on August 1, 2011 at 1:30 p.m., and after consideration
4  of the briefs and arguments of counsel, and all other matters presented to the Court;
5  IT IS HEREBY ORDERED that Defendants Willie Gary and Lorenzo
6  Williams' motion is GRANTED and Plaintiff's Second Claim for Relief for Breach
7  of Guarantees and its Complaint against Defendants Willie Gary and Lorenzo
8  Williams is dismissed.
9  **IT IS SO ORDERED.**

12  Dated: _____      _____
13                                              Hon. Philip S. Gutierrez
                                                United States District Court Judge

# PROOF OF SERVICE

STATE OF CALIFORNIA  )
                      )  ss
COUNTY OF LOS ANGELES )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2029 Century Park East, Suite 1370, Los Angeles, California 90067.

I hereby certify that on June 29, 2011, the foregoing document(s): **[PROPOSED] ORDER GRANTING DEFENDANTS WILLIE GARY AND LORENZO WILLIAMS' MOTION TO DISMISS THE SECOND CLAIM FOR RELIEF IN PLAINTIFF'S COMPLAINT** was/were electronically filed with the Clerk of the Court using the CM/ECF system which will send will send a notice of electronic filing to the following CM/ECF registered party(ies):

> Jay R. Henneberry
> CHADBOURNE & PARKE LLP
> 350 South Grand Avenue, Suite 3300
> Los Angeles, California 90071
> Telephone:(213) 892-1000
> Facsimile: (213) 622-9865
> Email:  jhenneberry@chadbourne.com
>
> Scott S. Balber
> Jonathan C. Cross
> CHADBOURNE & PARKE LLP
> 30 Rockefeller Plaza
> New York, New York 10112
> Telephone:(212) 408-5100
> Facsimile: (212) 541-5369
> Email:  sbalber@chadbourne.com; jcross@chadbourne.com
>
> *Attorneys for Plaintiff and Counterdefendant*
> *LFG National Capital, LLC*

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 29, 2011, at Los Angeles, California.

_____
JAZMIN LEON

5439141v.1