NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Harvey I. Saferstein (SBN: 49750)
Sarah J. Robertson, Esq. (SBN 243364)
MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO
2029 Century Park East, Suite 1370
Los Angeles, CA 90067
Phone: 310-586-3200; Fax: 310-586-3202
hsaferstein@mintz.com; srobertson@mintz.com

ATTORNEYS FOR: Defendants and Counterclaimant

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

LFG NATIONAL CAPITAL, LLC

Plaintiff(s),

v.

GARY, WILLIAMS, FINNEY, LEWIS, WATSON & SPERANDO, P.L., WILLIE GARY, and LORENZO WILLIAMS

Defendant(s)

CASE NUMBER:

CV 11-04538-PSG (PJWx)

***AMENDED* CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
**(Local Rule 7.1-1)**

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Defendant/Counterclaimant GARY, WILLIAMS, FINNEY, LEWIS, WATSON & SPERANDO, P.L., and Defendants WILLIE GARY, and LORENZO WILLIAMS (or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| LFG NATIONAL CAPITAL, LLC | PLAINTIFF/COUNTERDEFENDANT |
| GARY, WILLIAMS, FINNEY, LEWIS, WATSON & SPERANDO, P.L. | DEFENDANT/COUNTERCLAIMANT |
| WILLIE GARY | DEFENDANT |
| LORENZO WILLIAMS | DEFENDANT |
| LFG SERVICING, LLC | PLAINTIFF'S LOAN SERVICER/COUNTERDEFENDANT |
| LAWFINANCE GROUP, INC. | COUNTERDEFENDANT |

6-29-11
Date

Sign
Sarah J. Robertson

Defendants and Counterclaimant
Attorney of record for or party appearing in pro per

CV-30 (04/10)         ***AMENDED* NOTICE OF INTERESTED PARTIES**


American LegalNet, Inc.
www.FormsWorkFlow.com

# PROOF OF SERVICE

STATE OF CALIFORNIA  )
                     ) ss
COUNTY OF LOS ANGELES )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2029 Century Park East, Suite 1370, Los Angeles, California 90067.

I hereby certify that on June 29, 2011, the foregoing document(s): **AMENDED CERTIFICATION AND NOTICE OF INTERESTED PARTIES** was/were electronically filed with the Clerk of the Court using the CM/ECF system which will send will send a notice of electronic filing to the following CM/ECF registered party(ies):

> Jay R. Henneberry
> CHADBOURNE & PARKE LLP
> 350 South Grand Avenue, Suite 3300
> Los Angeles, California 90071
> Telephone:(213) 892-1000
> Facsimile: (213) 622-9865
> Email: jhenneberry@chadbourne.com
>
> Scott S. Balber
> Jonathan C. Cross
> CHADBOURNE & PARKE LLP
> 30 Rockefeller Plaza
> New York, New York 10112
> Telephone:(212) 408-5100
> Facsimile: (212) 541-5369
> Email: sbalber@chadbourne.com; jcross@chadbourne.com
>
> *Attorneys for Plaintiff and Counterdefendant*
> *LFG National Capital, LLC*

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 29, 2011, at Los Angeles, California.

_____
JAZMIN LEON

5418946v.2

1
PROOF OF SERVICE