E-FILED: 06/30/11

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LFG NATIONAL CAPITAL, LLC.  )<br>  Plaintiff,  )<br>  vs.  )<br>  )<br>GARY WILLIAMS FINNEY LEWIS  )<br>WATSON AND SPERANDO, P.L.,  )<br>ET AL.  )<br>  Defendant(s).  )<br>  ) | Case No. CV 11-4538-PSG (PJWx)<br><br>**ORDER SETTING**<br>**SCHEDULING CONFERENCE** |

This matter is set for a scheduling conference on **October 24, 2011 at 2:00 p.m.** The Conference will be held pursuant to F.R.Civ. P. 16(b). The parties are reminded of their obligations to disclose information and confer on a discovery plan not later than **21 days** prior to the scheduling conference, and to file a joint statement with the Court not later than **14 days** after they confer, as required by F.R. Civ.P. 26 and the Local Rules of this Court. In their F.R.Civ. P. 16f Report, the parties shall indicate whether they have agreed to participate in the Court's ADR Program, to private mediation or, upon a showing of good cause, to a Magistrate Judge for a settlement conference. Failure to comply may lead to the imposition of sanctions.

DATED:   June 30, 2011

_____
Philip S. Gutierrez
United States District Judge