1  JAY R. HENNEBERRY (State Bar No. 135065)
   jhenneberry@chadbourne.com
2  CHADBOURNE & PARKE LLP
   350 South Grand Avenue, 32nd Floor
3  Los Angeles, California 90071
   Telephone: (213) 892-1000
4  Facsimile: (213) 892-2045

5  Attorneys for Plaintiff and Counterdefendants
   LFG NATIONAL CAPITAL, LLC
6
   Harvey Saferstein (State Bar No. 49750)
7  MINTZ, LEVIN, COHN, FERRIS,
     GLOVSKY AND POPEO, P.C.
8  Century Plaza Towers, 2029 Century Park East
   Suite 1370
9  Los Angeles, CA 90067
   Telephone: (310) 586-3200
10 Facsimile: (310) 586-3202

11 Attorneys for Defendants
   WILLIE GARY and LORENZO WILLIAMS

12

13                    UNITED STATES DISTRICT COURT

14          CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| 15  LFG NATIONAL CAPITAL, LLC, | Case No. CV11-04538 PSG (PJWx) |
| 16           Plaintiff, | **STIPULATION TO EXTEND DATE OF HEARING OF MOTION** |
| 17    v. | **(L.R. 7-1)** |
| 18  GARY, WILLIAMS, FINNEY, LEWIS, WATSON & SPERANDO, P.L., WILLIE GARY, and LORENZO WILLIAMS, | Motion to Dismiss Served: June 29, 2011
Current Hearing Date: August 1, 2011
New Hearing Date: August 22, 2011 |
| 19 | |
| 20           Defendants. | |
| 21  GARY, WILLIAMS, FINNEY, LEWIS, WATSON & SPERANDO, P.L., | Judge: Honorable Philip S. Gutierrez
Courtroom: 880 |
| 22 | |
| 23           Counterclaimant, | |
| 24    v. | |
| 25  LFG NATIONAL CAPITAL, LLC, LAWFINANCE GROUP, INC., and LFG SERVICING, LLC | |
| 26 | |
| 27           Counterdefendants. | |
| 28 | |

STIPULATION TO EXTEND DATE OF HEARING OF MOTION (L.R. 7-1)

CPAM: 4056991.1

CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, CA 90071 (213) 892-1000

1    WHEREAS Plaintiff LFG National Capital, LLC ("LFG National") served the
Complaint in the above-captioned action on Defendant and Counterclaimant Gary,
Williams, Finney, Lewis, Watson & Sperando, P.L., and Defendants Willie Gary and
Lorenzo Williams (the "Individual Defendants") on June 1, 2011;

   WHEREAS, the Individual Defendants served Plaintiff with a Motion to
Dismiss the Second Claim for Relief in Plaintiff's Complaint Pursuant to Fed. R. Civ.
P. 12(b)(6) (the "Motion") on June 29, 2011 and designated August 1, 2011 for the
hearing of the Motion;

   WHEREAS, the parties are currently engaged in efforts to resolve this matter,
and counsel for Plaintiff is currently traveling outside the United States;

   WHEREAS, pursuant to Local Rule 7-1, the Individual Defendants have agreed
to extend the designated date for the hearing of the Motion until August 22, 2011, so
that the parties can concentrate on their settlement talks;

   WHEREAS, Plaintiff and the Individual Defendants have agreed that Plaintiff
shall serve its opposition papers no later than August 1, 2011 and the Individual
Defendants shall serve their reply papers no later than August 8, 2011;

   WHEREAS, there has been no previous time modification by stipulation in the
case;

   WHEREAS, the present extension is not sought for any improper purpose;

   WHEREFORE, IT IS HEREBY STIPULATED AND AGREED TO BY THE
PARTIES, that Plaintiff shall serve its opposition papers no later than August 1, 2011
and the Individual Defendants shall serve their reply papers no later than August 8,

///
///
///
///
///
///
///

1  ///
2  2011; and the designated date for the hearing of the Motion shall be, and hereby is,
3  extended to 1:30 PM on August 22, 2011, or such later date as the Court may
4  determine.

6  Dated: July 8, 2011                    CHADBOURNE & PARKE LLP

                                          By:    /s/ Jay R. Henneberry
                                                 Jay R. Henneberry

                                          *Attorneys for Plaintiff and Counterdefendant*
                                          LFG NATIONAL CAPITAL, LLC

12 Dated: July 8, 2011                    MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
                                          AND POPEO, P.C.

                                          By:    /s/ Harvey Saferstein
                                                 Harvey Saferstein

                                          *Attorneys for Defendants*
                                          WILLIE GARY and LORENZO WILLIAMS

STIPULATION TO EXTEND DATE OF HEARING OF MOTION (L.R. 7-1)
CPAM: 4056991.1