1  JAY R. HENNEBERRY (State Bar No. 135065)
   jhenneberry@chadbourne.com
2  CHADBOURNE & PARKE LLP
   350 South Grand Avenue, 32nd Floor
3  Los Angeles, California  90071
   Telephone:  (213) 892-1000
4  Facsimile:   (213) 892-2045

5  Attorneys for Plaintiff and Counterdefendants
   LFG NATIONAL CAPITAL, LLC
6
   Harvey Saferstein (State Bar No. 49750)
7  MINTZ, LEVIN, COHN, FERRIS,
     GLOVSKY AND POPEO, P.C.
8  Century Plaza Towers, 2029 Century Park East
   Suite 1370
9  Los Angeles, CA 90067
   Telephone: (310) 586-3200
10 Facsimile: (310) 586-3202

11 Attorneys for Defendants
   WILLIE GARY and LORENZO WILLIAMS
12

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| LFG NATIONAL CAPITAL, LLC,<br><br>             Plaintiff,<br><br>     v.<br><br>GARY, WILLIAMS, FINNEY, LEWIS, WATSON & SPERANDO, P.L., WILLIE GARY, and LORENZO WILLIAMS,<br><br>             Defendants. | Case No. CV11-04538 PSG (PJWx)<br><br>**[PROPOSED] ORDER APPROVING STIPULATION TO EXTEND HEARING DATE ON MOTION (L.R. 7-1)**<br><br>Motion to Dismiss Served: June 29, 2011<br>Current Hearing Date: August 1, 2011<br>New Hearing Date: August 22, 2011<br><br>Judge: Honorable Philip S. Gutierrez<br>Courtroom: 880 |
| GARY, WILLIAMS, FINNEY, LEWIS, WATSON & SPERANDO, P.L.,<br><br>             Counterclaimant,<br><br>     v.<br><br>LFG NATIONAL CAPITAL, LLC, LAWFINANCE GROUP, INC., and LFG SERVICING, LLC<br><br>             Counterdefendants. | |

Having considered the parties' Stipulation to Extend Date of Hearing of Motion of Defendants Willie Gary and Lorenzo Williams (the "Individual Defendants") to Dismiss the Second Claim for Relief in Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) (the "Motion") from the designated date of August 1, 2011 to August 22, 2011;

IT IS HEREBY ORDERED that Plaintiff shall serve its opposition papers no later than August 1, 2011 and the Individual Defendants shall serve their reply papers no later than August 8, 2011; and the designated date for the hearing of the Motion shall be, and hereby is, extended to 1:30 PM on August 22, 2011.

**IT IS SO ORDERED.**

Dated: _____

_____
Honorable Philip S. Gutierrez
Judge of the United States District Court
for the Central District of California