1   JAY R. HENNEBERRY (State Bar No. 135065)
    jhenneberry@chadbourne.com
2   CHADBOURNE & PARKE LLP
    350 South Grand Avenue, 32nd Floor
3   Los Angeles, California  90071
    Telephone:  (213) 892-1000
4   Facsimile:   (213) 892-2045

5   *Of Counsel*
    Scott S. Balber
6   sbalber@chadbourne.com
    Jonathan C. Cross
7   jcross@chadbourne.com
    CHADBOURNE & PARKE LLP
8   30 Rockefeller Plaza
    New York, New York  10112
9   Telephone:  (212) 408-5100
    Facsimile:   (212) 541-5369

10

11  Attorneys for Plaintiff and Counterdefendants
    LFG NATIONAL CAPITAL, LLC, LAWFINANCE GROUP, INC., and
    LFG SERVICING, LLC

12

13                      UNITED STATES DISTRICT COURT

14             CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

15

16

17  LFG NATIONAL CAPITAL, LLC,            Case No. CV11-04538 PSG (PJWx)

18                  Plaintiff,            **REQUEST FOR JUDICIAL NOTICE OF LFG NATIONAL CAPITAL, LLC, LAWFINANCE GROUP, INC., AND LFG SERVICING, LLC IN SUPPORT OF THEIR MOTION TO DISMISS THE COUNTERCLAIMS PURSUANT TO FED. R. CIV. P. 12(b)(6)**

19          v.

20  GARY, WILLIAMS, FINNEY, LEWIS,
    WATSON & SPERANDO, P.L., WILLIE
    GARY, and LORENZO WILLIAMS,

21                  Defendants.

22

23  GARY, WILLIAMS, FINNEY, LEWIS,
    WATSON & SPERANDO, P.L.,

24                                         Hearing Date: September 12, 2011
                    Counterclaimant,       Time: 1:30 p.m.
25                                         Judge: Honorable Philip S. Gutierrez
            v.                             Courtroom: 880

26  LFG NATIONAL CAPITAL, LLC,
    LAWFINANCE GROUP, INC., and
27  LFG SERVICING, LLC

28                  Counterdefendants.

CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, CA  90071 (213) 892-1000

1  Plaintiff LFG National Capital, LLC and Counterdefendants LawFinance
2  Group, Inc. and LFG Servicing, LLC, by and through its attorneys, hereby request that
3  the Court take judicial notice pursuant to Federal Rule of Evidence 201 of the
4  following documents listed below and attached hereto:

6      a.   "Cost Loan and Security Agreement," executed on May 19, 2007,
7  and the amendments thereto. The Cost Loan and Security Agreement, and
8  amendments thereto, are referenced in the Complaint and in Defendant Gary,
9  Williams, Finney, Lewis, Watson & Sperando, P.L.'s Counterclaim. A true and
10 correct copy is attached as **Exhibit A**.

12     The Court may take judicial notice of Exhibit A because "[d]ocuments whose
13 contents are alleged in a complaint and whose authenticity no party questions, but
14 which are not physically attached to the pleading, may be considered in ruling on a
15 Rule 12(b)(6) motion to dismiss." Brocato v. Dep't of Corrections, 2009 WL
16 3489367, at *4 (C.D. Cal. Oct. 26, 2009) (citing In re Stac Elec. Sec. Litig., 89 F.3d
17 1399, 1405 n.4 (9th Cir. 1996)).

19     b.   "California Department of Corporations Financial Services
20 Division Licensee Address Listing of LawFinance Group, Inc." The document
21 is a screenshot of the website for the California Department of Corporations
22 Financial Services Division Licensee Address Listing of LawFinance Group,
23 Inc, taken on July 14, 2011, which can be found at http://www.corp.ca.gov/
24 FSD/licensees/default.asp?flag=1&srchtyp=contains&licstatus=
25 active&busname=lawfinance&id=&lictype=&city=&state=&zip. A true and
26 correct copy is attached as **Exhibit B**.

CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, CA  90071  (213) 892-1000

The Court may take judicial notice of Exhibit B because, pursuant to Federal Rule of Evidence 201, judicial notice may be taken of "matters of public record," see Lee v. City of Los Angeles, 250 F.3d 668, 689 (9th Cir. 2001), which includes "[r]ecords and reports of administrative bodies." Barron v. Reich, 13 F.3d 1370, 1377 (9th Cir. 1994).

July 20, 2011                                CHADBOURNE & PARKE LLP

                                             By:    /s/ Jay R. Henneberry
                                                    Jay R. Henneberry
                                                    Scott S. Balber
                                                    Jonathan Cross

                                             *Attorneys for Plaintiff and Counterdefendant*
                                             LFG NATIONAL CAPITAL, LLC
                                             LAWFINANCE GROUP, INC., and
                                             LFG SERVICING, LLC