# EXHIBIT B

Case 2:11-cv-04538-PSG -PJW   Document 40-4   Filed 07/20/11   Page 1 of 2   Page ID #:694

# DEPARTMENT OF
# CORPORATIONS

Home -» FSD -» Licensees

## Financial Services Division Licensee Address Listing

**Please note:** Individual **Mortgage Loan Originator (MLO)** licenses issued through the Department of Corporations may not be verified using this licensee look-up. In order to verify if an individual has been issued an MLO license issued by the Department of Corporations, please continue your search at NMLS Consumer Access, which is a separate stand-alone website, that contains administrative and licensing information for companies, branches, and individuals licensed or registered through the Nationwide Mortgage Licensing System and Registry (NMLS).

To locate specific details about the various licensees of the California Real Estate and Financial Service Departments please click here. The name must contain at least 2 letters

### Online Escrow

The following companies are licensed to provide online escrow services:

   www.escrow.com

   Elance Escrow Corporation

If you are checking on any company other than the ones listed above, you should click here for Consumer Alerts and Online Escrow Fraud information. Many alleged online escrow companies are falsely using names similar to our licensees in an effort to deceive consumers into believing they are licensed and regulated by the State of California.

Your search for ( *lawfinance* ) found the following ( *1* ) results:

| Lic. Status: | Active License | Lic. Date: | Aug 27 2003 (Lender/Broker) |
|---|---|---|---|
| Lic. Number: | 6052650 | Lic. Type: | California Finance Lender |
| Name: | LAWFINANCE GROUP, INC. | | |
| | | | |
| Address: | 1401 LOS GAMOS DRIVE, SUITE 140<br>SAN RAFAEL, CA  94903 | | |

If you are not happy with your results, please enter a license number or the name of the company you are looking for in the correct space below. The "No Longer Licensed" date is the date a record was removed from our active license listing. Any Order issued against a company will not be shown on this listing. Please call our Consumer Services Office by calling 1-(866) 275-2677 for the actual date of surrender or revocation and any additional information regarding enforcement action against a licensee.

PLEASE NOTE: The Department of Corporations, the Department of Real Estate, the Office of Real Estate Appraisers, and the Department of Financial Institutions regulate most of the real estate financial services in



EXHIBIT ___B___
PAGE ___53___