MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
Harvey I. Saferstein, Esq. (SBN: 49750)
Nada I. Shamonki, Esq. (SBN: 205359)
Sarah J. Robertson, Esq. (SBN: 243364)
2029 Century Park East, Suite 1370
Los Angeles, California 90067
Phone: 310.586.3200
Fax: 310.586.3202
hsaferstein@mintz.com; nshamonki@mintz.com,
and srobertson@mintz.com

Attorneys for Defendant and Counterclaimant
GARY, WILLIAMS, FINNEY, LEWIS,
WATSON & SPERANDO, P.L., and Defendants
WILLIE GARY, and LORENZO WILLIAMS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LFG NATIONAL CAPITAL, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>GARY, WILLIAMS, FINNEY, LEWIS, WATSON & SPERANDO, P.L., WILLIE GARY, and LORENZO WILLIAMS,<br><br>    Defendants. | Case No. CV11-04538 PSG (PJWx)<br><br>**STIPULATION TO CONTINUE PLAINTIFF'S RESPONSE DEADLINE TO OSC RE DISMISSAL FOR LACK OF SUBJECT MATTER JURISDICTION, HEARINGS RE MOTIONS TO DISMISS, AND SCHEDULING CONFERENCE** |
| GARY, WILLIAMS, FINNEY, LEWIS, WATSON & SPERANDO, P.L.,<br><br>    Counterclaimants,<br><br>v.<br><br>LFG NATIONAL CAPITAL, LLC; LAWFINANCE GROUP, INC.; and LFG SERVICING, LLC,<br><br>    Counterdefendants. | Plaintiff's Response to OSC:<br>Current Date:       7/28/11<br>Proposed New Date:   10/24/11<br><br>Motion to Dismiss Plaintiff's Complaint:<br>Current Hearing Date:    8/22/11<br>Proposed Hearing Date:  10/24/11<br><br>Motion to Dismiss Counterclaims:<br>Current Hearing Date:    9/12/11<br>Proposed Hearing Date:  10/24/11<br><br>Scheduling Conference:<br>Current Date:   10/24/11<br>Proposed Date:  11/14/11<br><br>Judge:   Honorable Philip S. Gutierrez<br>Courtroom:   880 |

1  WHEREAS, Plaintiff and Counterdefendant LFG National Capital, LLC,
2  Counterdefendants LawFinance Group, Inc. and LFG Servicing, LLC's (hereinafter
3  "Plaintiffs") and Defendant and Counterclaimant Gary, Williams, Finney, Lewis,
4  Watson & Sperando, P.L., Defendants Willie Gary, and Lorenzo Williams
5  (hereinafter "Defendants") (collectively, the "Parties") have agreed, subject to Court
6  approval, to continue Plaintiff's response deadline to Order to Show Cause re
7  Dismissal for Lack of Subject Matter Jurisdiction ("OSC"), the hearings regarding the
8  Parties' respective Motions to Dismiss ("Hearings"), and the date of the Scheduling
9  Conference;
10   WHEREAS, the Parties are engaged in settlement negotiations and intend to
11  participate in a mediation conference to aid in their settlement negotiations;
12   WHEREAS, the Parties agree that continuing the OSC response deadline,
13  Hearings and Scheduling Conference would allow sufficient time for mediation and
14  continued settlement negotiations;
15   WHEREAS, the Court issued an OSC on July 7, 2011, requiring Plaintiff to
16  show cause in writing no later than July 28, 2011 why this action should not be
17  dismissed without prejudice for lack of subject matter jurisdiction;
18   WHEREAS, Defendants filed a Motion to Dismiss Plaintiff's Complaint on
19  June 29, 2011, which was noticed to be heard on August 1, 2011, but continued by
20  stipulation and court order to August 22, 2011 to accommodate Plaintiff's counsel's
21  schedule;
22   WHEREAS, Plaintiff and Counterdefendants filed their Motion to Dismiss
23  Counterclaims on July 20, 2011, noticed with a hearing date of September 12, 2011;
24   WHEREAS, the Scheduling Conference is scheduled for October 24, 2011;
25   WHEREAS, the Parties agree that a continuance of the OSC response deadline,
26  Hearings and the Scheduling Conference will allow time for the Parties to engage in
27  mediation and efficiently pursue settlement efforts;
28

WHEREAS, the Parties agree that a continuance of the OSC response deadline, Hearings and the Scheduling Conference would preserve the resources of the Parties and the Court and promote judicial efficiency;

WHEREAS, other than the extension of the hearing date for Defendants' Motion to Dismiss, there have been no previous extensions in this case;

WHEREAS, the present extension is not sought for any improper purpose;

WHEREAS, the Parties respectfully request that the Court continue the OSC response deadline, Hearings and the Scheduling Conference by approximately 60 days;

WHEREFORE, IT IS HEREBY STIPULATED AND AGREED TO BY THE PARTIES, through their respective undersigned counsel of record, that the OSC response deadline, Hearings on the Parties' respective Motions to Dismiss and the Scheduling Conference be continued and set as follows:

1. Plaintiff's Response to the OSC, currently due July 28, 2011, shall be continued to October 24, 2011;

2. The hearing on Defendants' Motion to Dismiss Plaintiff's Complaint, currently August 22, 2011, shall be continued to October 24, 2011 at 1:30 p.m. in Courtroom 880, or to a date and time convenient to the Court.

3. The hearing on Plaintiffs' Motion to Dismiss Counterclaim, currently on September 12, 2011, shall be continued to October 24, 2011 at 1:30 p.m. in Courtroom 880, or to a date and time convenient to the Court;

4. The Scheduling Conference, currently scheduled for October 24, 2011 at 2:00 p.m., shall be continued to November 14, 2011 at 2:00 p.m. in Courtroom 880, or to a date and time convenient to the Court.

IT IS SO STIPULATED.

///

///

///

| | | |
|---|---|---|
| 1 | Dated: July 27, 2011 | Respectfully submitted, |
| 2 | | CHADBOURNE & PARKE LLP |
| 3 | | |
| 4 | | /s/ Jonathan Cross |
| | | Scott S. Balber |
| | | Jonathan C. Cross |
| 5 | | Jay R. Henneberry |
| 6 | | *Attorneys for Plaintiff and Counterdefendant LFG National Capital, LLC, and Counterdefendants LawFinance Group, Inc. and LFG Servicing, LLC* |
| 7 | | |
| 8 | | |
| 9 | Dated: July 27, 2011 | Respectfully submitted, |
| 10 | | MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C. |
| 11 | | |
| 12 | | /s/ Nada Shamonki |
| | | Harvey I. Saferstein |
| 13 | | Nada I. Shamonki |
| | | Sarah J. Robertson |
| 14 | | |
| 15 | | *Attorneys for Defendant and Counterclaimant GARY, WILLIAMS, FINNEY, LEWIS, WATSON & SPERANDO, P.L., and Defendants WILLIE GARY, and LORENZO WILLIAMS* |
| 16 | | |
| 17 | | |

|   |   |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | STATE OF CALIFORNIA ) |
|   | ) ss |
| 3 | COUNTY OF LOS ) |
|   | ANGELES ) |

    I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2029 Century Park East, Suite 1370, Los Angeles, California 90067.

    I hereby certify that on July 27, 2011, the foregoing document(s): **STIPULATION TO CONTINUE PLAINTIFF'S RESPONSE TO OSC RE DISMISSAL FOR LACK OF SUBJECT MATTER JURISDICTION, HEARINGS RE MOTIONS TO DISMISS, AND SCHEDULING CONFERENCE** was/were electronically filed with the Clerk of the Court using the CM/ECF system which will send will send a notice of electronic filing to the following CM/ECF registered party(ies):

> Jay R. Henneberry
> CHADBOURNE & PARKE LLP
> 350 South Grand Avenue, Suite 3300
> Los Angeles, California 90071
> Telephone: (213) 892-1000
> Facsimile: (213) 622-9865
> Email: jhenneberry@chadbourne.com
>
> Scott S. Balber
> Jonathan C. Cross
> CHADBOURNE & PARKE LLP
> 30 Rockefeller Plaza
> New York, New York 10112
> Telephone: (212) 408-5100
> Facsimile: (212) 541-5369
> Email: sbalber@chadbourne.com; jcross@chadbourne.com
>
> *Attorneys for Plaintiff and Counterdefendants*

    I declare under penalty of perjury that the foregoing is true and correct. Executed on July 27, 2011, at Los Angeles, California.

                                               */s/ Jazmin Leon*
                                               JAZMIN LEON