1    JAY R. HENNEBERRY (State Bar No. 135065)
     jhenneberry@chadbourne.com
2    CHADBOURNE & PARKE LLP
     350 South Grand Avenue, 32nd Floor
3    Los Angeles, California  90071
     Telephone:  (213) 892-1000
4    Facsimile:   (213) 892-2045

5    Scott S. Balber *(Adm. pro hac vice)*
     sbalber@chadbourne.com
6    Jonathan C. Cross *(Adm.pro hac vice)*
     jcross@chadbourne.com
7    CHADBOURNE & PARKE LLP
     30 Rockefeller Plaza
8    New York, New York  10112
     Telephone:  (212) 408-5100
9    Facsimile:   (212) 541-5369

10   Attorneys for Plaintiff and Counterdefendants
     LFG NATIONAL CAPITAL, LLC, LAWFINANCE GROUP, INC., and
11   LFG SERVICING, LLC

12

13                 UNITED STATES DISTRICT COURT

14        CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

15

16   LFG NATIONAL CAPITAL, LLC,              Case No. CV11-04538 PSG (PJWx)

17                    Plaintiff,             **LFG NATIONAL CAPITAL, LLC'S
                                             NOTICE OF MOTION AND MOTION
18            v.                             FOR LEAVE TO AMEND THE
                                             COMPLAINT**
19   GARY, WILLIAMS, FINNEY, LEWIS,
     WATSON & SPERANDO, P.L., WILLIE
20   GARY, and LORENZO WILLIAMS,

21                    Defendants.

22   GARY, WILLIAMS, FINNEY, LEWIS,          Hearing Date: November 14, 2011
     WATSON & SPERANDO, P.L.,                Time: 1:30 p.m.
23                                           Judge: Honorable Philip S. Gutierrez
                                             Courtroom: 880
24                    Counterclaimant,

25            v.

26   LFG NATIONAL CAPITAL, LLC,
     LAWFINANCE GROUP, INC., and
27   LFG SERVICING, LLC

                      Counterdefendants.
28

---

NOTICE OF MOTION AND MOTION FOR LEAVE TO AMEND THE COMPLAINT PURSUANT TO FED. R. CIV. P. 15(a)

CPAM: 4225979.1

CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, CA  90071 (213) 892-1000

CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, CA  90071 (213) 892-1000

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that on November 14, 2011, at 1:30 p.m. or as soon

3  thereafter as the matter can be heard by the above-entitled Court, in the Courtroom of

4  the Honorable Philip S. Gutierrez (Courtroom 880) of the United States District Court

5  for the Central District of California, located at 255 East Temple Street, Los Angeles,

6  California 90012, Plaintiff LFG National Capital, LLC ("LFG National") will, and

7  hereby does, move the Court for an order granting the Plaintiff leave to amend its

8  complaint.

9  This Motion is brought pursuant to Fed. R. Civ. P. 15(a) on the grounds that "a

10  party may amend its pleading . . . [with] the court's leave," and that "court[s] should

11  freely give leave when justice so requires."

12  This Motion is based on this Notice of Motion and Motion, the Proposed

13  Amended Complaint, the Memorandum of Points and Authorities, the other papers and

14  records on file in this action, and such further oral and documentary evidence as may

15  come before the Court upon the hearing of this matter.

16  The Motion is made following the conference of counsel pursuant to Local Rule

17  7-3.  Counsel for Plaintiff contacted Sarah J. Robertson, counsel for Defendant, on

18  September 20, 2011 and were able to discuss the substance of the contemplated motion

19  and any potential resolution.

20

21  September 30, 2011                    CHADBOURNE & PARKE LLP

22

23                                        By: _____/s/ Jay R. Henneberry_____

24                                                 Jay R. Henneberry
                                                 Scott S. Balber
                                                 Jonathan Cross

25

26                                        *Attorneys for Plaintiff*
                                          LFG NATIONAL CAPITAL, LLC, LLC,

27                                        LAWFINANCE GROUP, INC., and
                                          LFG SERVICING, LLC

28

2