JAY R. HENNEBERRY (State Bar No. 135065)
jhenneberry@chadbourne.com
CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, California 90071
Telephone: (213) 892-1000
Facsimile: (213) 892-2045

Scott S. Balber *(Adm. pro hac vice)*
sbalber@chadbourne.com
Jonathan C. Cross *(Adm.pro hac vice)*
jcross@chadbourne.com
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 408-5100
Facsimile: (212) 541-5369

Attorneys for Plaintiff and Counterdefendants
LFG NATIONAL CAPITAL, LLC, LAWFINANCE GROUP, INC., and LFG SERVICING, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| LFG NATIONAL CAPITAL, LLC, <br><br> Plaintiff, <br><br> v. <br><br> GARY, WILLIAMS, FINNEY, LEWIS, WATSON & SPERANDO, P.L., WILLIE GARY, and LORENZO WILLIAMS, <br><br> Defendants. | Case No. CV11-04538 PSG (PJWx) <br><br> **[PROPOSED] ORDER GRANTING LFG NATIONAL CAPITAL, LLC'S MOTION FOR LEAVE TO AMEND THE COMPLAINT** |
| GARY, WILLIAMS, FINNEY, LEWIS, WATSON & SPERANDO, P.L., <br><br> Counterclaimant, <br><br> v. <br><br> LFG NATIONAL CAPITAL, LLC, LAWFINANCE GROUP, INC., and LFG SERVICING, LLC <br><br> Counterdefendants. | Hearing Date: November 14, 2011 <br> Time: 1:30 p.m. <br> Judge: Honorable Philip S. Gutierrez <br> Courtroom: 880 |

Upon reviewing the papers filed by Plaintiff LFG NATIONAL CAPITAL, LLC ("LFG NATIONAL") in support of its Motion for Leave to Amend the Complaint Pursuant to Fed. R. Civ. P 15(a) (the "Motion"), including the Proposed Amended Complaint, Memorandum of Points and Authorities, and all pleadings and proceedings heretofore had herein, the Court HEREBY FINDS and ORDERS as follows:

In keeping with the strong federal policy in favor of having cases decided on their merits, leave to amend "should, as the rules require, be 'freely given' in the absence of undue delay, bad faith or dilatory motive, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice, or futility." See Foman v. Davis, 371 U.S. 178, 182, 9 L. Ed. 222, 230, 83 S. Ct. 227, 230 (1962).  None of the Foman factors are present in this case.  There is no undue delay because the case is at a preliminary stage, and LFG National is not acting in bad faith or with a dilatory motive as the amendments seek to avoid unnecessary litigation over LFG National's entitlement to legal fees paid to Defendants.  The amendments sought here do not involve a repeated failure to cure deficiencies, as there have been no such rulings in this action.  Further, there is nothing futile about allegations that LFG National is entitled to the funds escrowed in the action Simpson v. New York State Department of Civil Service, No. 03 Civ. 9433 (N.D.N.Y.), and Defendants will not be prejudiced as the amended complaint does not seek to add any new parties or new causes of action, the case is in the earliest stages of litigation and discovery has not yet even started.

IT IS HEREBY ORDERED THAT Plaintiff's Motion for Leave to Amend the Complaint Pursuant to Fed. R. Civ. P 15(a), is GRANTED.

Dated: _____    _____
Honorable Philip S. Gutierrez
Judge of the United States District Court for the
Central District of California

[PROPOSED] ORDER RE: MOTION FOR LEAVE TO AMEND THE COMPLAINT PURSUANT TO F.R.C.P. 15(a)
CPAM: 4225111.2