JAY R. HENNEBERRY (State Bar No. 135065)
jhenneberry@chadbourne.com
CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, California 90071
Telephone: (213) 892-1000
Facsimile: (213) 892-2045

Scott S. Balber *(Adm. pro hac vice)*
sbalber@chadbourne.com
Jonathan C. Cross *(Adm.pro hac vice)*
jcross@chadbourne.com
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 408-5100
Facsimile: (212) 541-5369

Attorneys for Plaintiff and Counterdefendants
LFG NATIONAL CAPITAL, LLC, LAWFINANCE GROUP, INC., and LFG SERVICING, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| LFG NATIONAL CAPITAL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GARY, WILLIAMS, FINNEY, LEWIS, WATSON & SPERANDO, P.L., WILLIE GARY, and LORENZO WILLIAMS,<br><br>Defendants.<br><br>―――――<br>GARY, WILLIAMS, FINNEY, LEWIS, WATSON & SPERANDO, P.L.,<br><br>Counterclaimant,<br><br>v.<br><br>LFG NATIONAL CAPITAL, LLC, LAWFINANCE GROUP, INC., and LFG SERVICING, LLC<br><br>Counterdefendants. | Case No. CV11-04538 PSG (PJWx)<br><br>**LFG NATIONAL CAPITAL, LLC, LAWFINANCE GROUP, INC., AND LFG SERVICING, LLC'S NOTICE OF MOTION AND MOTION TO TRANSFER VENUE**<br><br>**[REQUEST FOR JUDICIAL NOTICE IN SUPPORT THEREOF BEING FILED CONCURRENTLY]**<br><br>Hearing Date: November 14, 2011<br>Time: 1:30 p.m.<br>Judge: Honorable Philip S. Gutierrez<br>Courtroom: 880 |

NOTICE OF MOTION AND MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)

CPAM: 4225927.1

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on November 14, 2011, at 1:30 p.m. or as soon thereafter as the matter can be heard by the above-entitled Court, in the Courtroom of the Honorable Philip S. Gutierrez (Courtroom 880) of the United States District Court for the Central District of California, located at 255 East Temple Street, Los Angeles, California 90012, Plaintiff LFG National Capital, LLC and Counterdefendants LawFinance Group, Inc. and LFG Servicing, LLC will, and hereby do, move the Court for an order transferring the venue of the above related action to the United States District Court of the Northern District of New York.

This Motion is brought pursuant to 28 U.S.C. § 1404(a) on the grounds that "for the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district in which it might have been brought."

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities and Request for Judicial Notice filed herewith, the other papers and records on file in this action, and such further oral and documentary evidence as may come before the Court upon the hearing of this matter.

The Motion is made following the conference of counsel pursuant to Local Rule 7-3. Counsel for Plaintiff contacted Sarah J. Robertson, counsel for Defendant, on September 20, 2011 and were able to discuss the substance of the contemplated motion and any potential resolution.

September 30, 2011                    CHADBOURNE & PARKE LLP


                                      By:  _____/s/ Jay R. Henneberry_____
                                              Jay R. Henneberry
                                              Scott S. Balber
                                              Jonathan Cross

                                      *Attorneys for Plaintiff and Counterdefendants*
                                      LFG NATIONAL CAPITAL, LLC
                                      LAWFINANCE GROUP, INC., and
                                      LFG SERVICING, LLC