JAY R. HENNEBERRY (State Bar No. 135065)
jhenneberry@chadbourne.com
CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, California 90071
Telephone:  (213) 892-1000
Facsimile:   (213) 892-2045

Scott S. Balber *(Adm. pro hac vice)*
sbalber@chadbourne.com
Jonathan C. Cross *(Adm.pro hac vice)*
jcross@chadbourne.com
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, New York 10112
Telephone:  (212) 408-5100
Facsimile:   (212) 541-5369

Attorneys for Plaintiff and Counterdefendants
LFG NATIONAL CAPITAL, LLC, LAWFINANCE GROUP, INC., and LFG SERVICING, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| LFG NATIONAL CAPITAL, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>GARY, WILLIAMS, FINNEY, LEWIS, WATSON & SPERANDO, P.L., WILLIE GARY, and LORENZO WILLIAMS,<br><br>        Defendants. | Case No. CV11-04538 PSG (PJWx)<br><br>**REQUEST FOR JUDICIAL NOTICE OF LFG NATIONAL CAPITAL, LLC, LAWFINANCE GROUP, INC., AND LFG SERVICING, LLC IN SUPPORT OF LFG NATIONAL CAPITAL, LLC, LAWFINANCE GROUP, INC., and LFG SERVICING, LLC'S MOTION TO TRANSFER VENUE** |
| GARY, WILLIAMS, FINNEY, LEWIS, WATSON & SPERANDO, P.L.,<br><br>        Counterclaimant,<br><br>    v.<br><br>LFG NATIONAL CAPITAL, LLC, LAWFINANCE GROUP, INC., and LFG SERVICING, LLC<br><br>        Counterdefendants. | Hearing Date: November 14, 2011<br>Time: 1:30 p.m.<br>Judge: Honorable Philip S. Gutierrez<br>Courtroom: 880 |

Plaintiff LFG National Capital, LLC and Counterdefendants LawFinance Group, Inc. and LFG Servicing, LLC, by and through its attorneys, hereby request that the Court take judicial notice pursuant to Federal Rule of Evidence 201 of the following documents listed below and attached hereto:

    a.    On June 9, 2011 United States District Judge David N. Hurd entered an order in the case <u>Simpson</u> v. <u>New York State Department of Civil Service</u>, No. 03 Civ. 9433 (N.D.N.Y.) (the "<u>Simpson</u> action") ordering the defendants to tender a check payable to Sussman & Watkins and the Bank of America for Gary, Williams, Finney, Lewis, Watson & Sperando, P.L.'s share of attorneys fees in the Simpson action. A true and correct copy is attached as **Exhibit A**.

    b.    On June 23, 2011 Gary, Williams, Finney, Lewis, Watson & Sperando, P.L. filed an answer in the case <u>General Electric Capital Corporation</u> v. <u>Gary, et al.</u>, No. 11-cv-03671 (S.D.N.Y.) (the "GM action") . A true and correct copy is attached as **Exhibit B**.

The Court may take judicial notice of Exhibit A because pursuant to Federal Rule of Evidence 201, "[a] court may take judicial notice of pleadings, court orders, and judgments filed in another litigation." See <u>Putman</u> v. <u>State Bar of CA</u>, 2010 WL 3070435, *1 n.6 (C.D. Cal. June 25, 2010) (citing <u>Reyn's Pasta Bella, LLC</u> v. <u>Visa USA, Inc.</u>, 442 F.3d 741, 746 (9th Cir. 2006)).

September 30, 2011                        CHADBOURNE & PARKE LLP

                                          By:   /s/ Jay R. Henneberry
                                                Jay R. Henneberry
                                                Scott S. Balber
                                                Jonathan Cross

*Attorneys for Plaintiff and Counterdefendants*
LFG NATIONAL CAPITAL, LLC
LAWFINANCE GROUP, INC., and
LFG SERVICING, LLC

CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, CA 90071 (213) 892-1000