1  JAY R. HENNEBERRY (State Bar No. 135065)
   jhenneberry@chadbourne.com
2  CHADBOURNE & PARKE LLP
   350 South Grand Avenue, 32nd Floor
3  Los Angeles, California 90071
   Telephone: (213) 892-1000
4  Facsimile: (213) 892-2045

5  Scott S. Balber *(Adm. pro hac vice)*
   sbalber@chadbourne.com
6  Jonathan C. Cross *(Adm. pro hac vice)*
   jcross@chadbourne.com
7  CHADBOURNE & PARKE LLP
   30 Rockefeller Plaza
8  New York, New York 10112
   Telephone: (212) 408-5100
9  Facsimile: (212) 541-5369

10 Attorneys for Plaintiff and Counterdefendants
   LFG NATIONAL CAPITAL, LLC, LAWFINANCE GROUP, INC., and
11 LFG SERVICING, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| LFG NATIONAL CAPITAL, LLC, <br><br> Plaintiff, <br><br> v. <br><br> GARY, WILLIAMS, FINNEY, LEWIS, WATSON & SPERANDO, P.L., WILLIE GARY, and LORENZO WILLIAMS, <br><br> Defendants. | Case No. CV11-04538 PSG (PJWx) <br><br> **NOTICE OF LODGING OF LFG NATIONAL CAPITAL, LLC'S "PROPOSED AMENDED COMPLAINT FOR BREACH OF CONTRACT AND BREACH OF GUARANTEES"** |
| GARY, WILLIAMS, FINNEY, LEWIS, WATSON & SPERANDO, P.L., <br><br> Counterclaimant, <br><br> v. <br><br> LFG NATIONAL CAPITAL, LLC, LAWFINANCE GROUP, INC., and LFG SERVICING, LLC <br><br> Counterdefendants. | Hearing Date: November 14, 2011 <br> Time: 1:30 p.m. <br> Judge: Honorable Philip S. Gutierrez <br> Courtroom: 880 |

NOTICE OF LODGING OF LFG NATIONAL CAPITAL, LLC'S PROPOSED AMENDED COMPLAINT

CPAM: 4253387.2

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that LFG National Capital, LLC is lodging herewith the
3  "[Proposed] Amended Complaint for Breach of Contract and Breach of Guarantees," in
4  the form attached hereto.

6  Dated: October 6, 2011                 CHADBOURNE & PARKE LLP

8                                         By:   /s/ Jay R. Henneberry
                                                Jay R. Henneberry
9                                               Scott S. Balber
                                                Jonathan Cross

10                                         *Attorneys for Plaintiff and Counterdefendants*
                                           LFG NATIONAL CAPITAL, LLC,
11                                         LAWFINANCE GROUP, INC., and
                                           LFG SERVICING, LLC

CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, CA 90071 (213) 892-1000