JAY R. HENNEBERRY (State Bar No. 135065)
jhenneberry@chadbourne.com
CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, California 90071
Telephone: (213) 892-1000
Facsimile: (213) 892-2045

Scott S. Balber *(Adm. pro hac vice)*
sbalber@chadbourne.com
Jonathan C. Cross *(Adm.pro hac vice)*
jcross@chadbourne.com
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 408-5100
Facsimile: (212) 541-5369

Attorneys for Plaintiff and Counterdefendants
LFG NATIONAL CAPITAL, LLC, LAWFINANCE GROUP, INC., and LFG SERVICING, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| LFG NATIONAL CAPITAL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GARY, WILLIAMS, FINNEY, LEWIS, WATSON & SPERANDO, P.L., WILLIE GARY, and LORENZO WILLIAMS,<br><br>Defendants. | Case No. CV11-04538 PSG (PJWx)<br><br>**NOTICE OF ERRATA TO ATTACHMENT 1 TO THE NOTICE OF LODGING** |
| GARY, WILLIAMS, FINNEY, LEWIS, WATSON & SPERANDO, P.L.,<br><br>Counterclaimant,<br><br>v.<br><br>LFG NATIONAL CAPITAL, LLC, LAWFINANCE GROUP, INC., and LFG SERVICING, LLC<br><br>Counterdefendants. | Hearing Date: November 14, 2011<br>Time: 1:30 p.m.<br>Judge: Honorable Philip S. Gutierrez<br>Courtroom: 880 |

NOTICE OF ERRATA TO ATTACHMENT 1 TO THE NOTICE OF LODGING

CPAM: 4256042.1

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the "[Proposed] Amended Complaint for Breach of Contract and Breach of Guarantees" (the "Proposed Amended Complaint"), Attachment 1 to the Notice of Lodging, Docket Entry 53, was lodged on the Electronic Case Filing website without a case number in the caption on October 5, 2011. On October 6, 2011, the Proposed Amended Complaint, with its case number in the caption, was re-lodged, along with a Notice of Lodging, as Docket Entry 55.

Dated: October 6, 2011                    CHADBOURNE & PARKE LLP

By: /s/ Jay R. Henneberry
Jay R. Henneberry
Scott S. Balber
Jonathan Cross

*Attorneys for Plaintiff and Counterdefendants*
LFG NATIONAL CAPITAL, LLC
LAWFINANCE GROUP, INC., and
LFG SERVICING, LLC
NOTICE OF ERRATA TO ATTACHMENT 1 TO THE NOTICE OF LODGING
CPAM: 4256042.1