JAY R. HENNEBERRY (State Bar No. 135065)
jhenneberry@chadbourne.com
CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, California  90071
Telephone:  (213) 892-1000
Facsimile:  (213) 892-2045

Scott S. Balber *(Adm. pro hac vice)*
sbalber@chadbourne.com
Jonathan C. Cross *(Adm. pro hac vice)*
jcross@chadbourne.com
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, New York  10112
Telephone:  (212) 408-5100
Facsimile:  (212) 541-5369

Attorneys for Plaintiff and Counterdefendants
LFG NATIONAL CAPITAL, LLC, LAWFINANCE GROUP, INC., and LFG SERVICING, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| LFG NATIONAL CAPITAL, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>GARY, WILLIAMS, FINNEY, LEWIS, WATSON & SPERANDO, P.L., WILLIE GARY, and LORENZO WILLIAMS,<br><br>  Defendants. | Case No. CV11-04538 PSG (PJWx)<br><br>**NOTICE OF LODGING OF LFG NATIONAL CAPITAL, LLC'S "[PROPOSED] ORDER DENYING DEFENDANTS WILLIE GARY AND LORENZO WILLIAMS' MOTION TO DISMISS THE SECOND CLAIM FOR RELIEF IN PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)"4** |
| GARY, WILLIAMS, FINNEY, LEWIS, WATSON & SPERANDO, P.L.,<br><br>  Counterclaimant,<br><br>  v.<br><br>LFG NATIONAL CAPITAL, LLC, LAWFINANCE GROUP, INC., and LFG SERVICING, LLC,<br><br>  Counterdefendants. | Hearing Date: October 24, 2011<br>Time: 1:30 p.m.<br>Judge: Honorable Philip S. Gutierrez<br>Courtroom: 880 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that LFG National Capital, LLC is lodging herewith the "[Proposed] Order Denying Defendants Willie Gary and Lorenzo Williams' Motion to Dismiss the Second Claim for Relief in Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6)" in the form attached hereto.

Dated: October 18, 2011     CHADBOURNE & PARKE LLP

By: _____/s/ Jay R. Henneberry_____
Jay R. Henneberry
Scott S. Balber
Jonathan Cross

*Attorneys for Plaintiff and Counterdefendants*
LFG NATIONAL CAPITAL, LLC,
LAWFINANCE GROUP, INC., and
LFG SERVICING, LLC

2
NOTICE OF LODGING OF PLAINTIFF'S PROPOSED ORDER DENYING MOTION TO DISMISS COMPLAINT
CPAM: 4272714.1