UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

#33/40/44/46/47
JS-6

## CIVIL MINUTES - GENERAL

| Case No. | CV 11-4538 PSG (PJWx) | Date | October 21, 2011 |
|---|---|---|---|
| Title | LFG National Capital, LLC v. Gary, Williams, Finney, Lewis, Watson & Sperando, P.L., *et al.* | | |

Present: The Honorable Philip S. Gutierrez, United States District Judge

| Wendy K. Hernandez | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff(s):        Attorneys Present for Defendant(s):

          Not Present                              Not Present

**Proceedings:**     (In Chambers) Order Granting Motion to Transfer Venue

　　　　Pending before the Court is Plaintiff LFG National Capital, LLC's ("Plaintiff") motion to transfer the venue of this action to the United States District Court for the Northern District of New York. *See* Dkt. #46. Plaintiff avers transfer is appropriate because a substantial share of the funds representing the ultimate subject matter of this dispute have been placed into an escrow account under the authority of the Hon. David N. Hurd of the Northern District of New York. *See Mot.* 2:3-7. According to Local Rule 7-9, Defendants Gary, Williams, Finney, Lewis, Watson & Sperando, P.L., Willie Gary, and Lorenzo Williams ("Defendants") were required to file and serve an opposition to the motion by October 17, 2011. Defendants have failed to file an opposition. Pursuant to Local Rule 7-12, the Court deems Defendants' failure to file a timely opposition to be consent to the granting of the motion. *See* L.R. 7-12. Accordingly, the court GRANTS the motion.

　　**IT IS SO ORDERED.**