MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
Harvey I. Saferstein, Esq. (SBN: 49750)
Nada I. Shamonki, Esq. (SBN: 205359)
Sarah J. Robertson, Esq. (SBN: 243364)
2029 Century Park East, Suite 1370
Los Angeles, California 90067
Phone: 310.586.3200
Fax: 310.586.3202
hsaferstein@mintz.com; nshamonki@mintz.com, and srobertson@mintz.com

Attorneys for Defendant and Counterclaimant GARY, WILLIAMS, FINNEY, LEWIS, WATSON & SPERANDO, P.L., and Defendants WILLIE GARY and LORENZO WILLIAMS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LFG NATIONAL CAPITAL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GARY, WILLIAMS, FINNEY, LEWIS, WATSON & SPERANDO, P.L., WILLIE GARY, and LORENZO WILLIAMS,<br><br>Defendants. | Case No. CV11-04538 PSG (PJWx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS'** ***EX PARTE*** **APPLICATION TO CORRECT A CLERICAL ERROR AND TRANSFER CASE BACK TO THE DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND PUT PARTIES' MOTIONS BACK ON CALENDAR BEFORE THE HONORABLE PHILIP S. GUTIERREZ**<br><br>Judge:     Honorable Philip S. Gutierrez<br>Courtroom:     880 |

///
///
///
///
///
///
///

1

1   This matter was submitted to the Court, the Honorable Philip S. Gutierrez
2   presiding, as an *ex parte* application. Having duly considered the matter,
3   IT IS HEREBY ORDERED that Defendants' *Ex Parte* Application to Correct
4   A Clerical Error and Transfer Case Back to the District Court for the Central District
5   of California and Put Parties' Motions Back on Calendar Before The Honorable
6   Philip S. Gutierrez is GRANTED.

9   Dated: _____     _____
                                          Hon. Philip S. Gutierrez
10                                        United States District Court Judge

# PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss
COUNTY OF LOS ANGELES )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2029 Century Park East, Suite 1370, Los Angeles, California 90067.

I hereby certify that on October 24, 2011, the foregoing document(s): **[PROPOSED] ORDER GRANTING DEFENDANTS'** *EX PARTE* **APPLICATION TO CORRECT A CLERICAL ERROR AND TRANSFER CASE BACK TO THE DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND PUT PARTIES' MOTIONS BACK ON CALENDAR BEFORE THE HONORABLE PHILIP S. GUTIERREZ** was/were electronically filed with the Clerk of the Court using the CM/ECF system which will send will send a notice of electronic filing to the following CM/ECF registered party(ies):

> Jay R. Henneberry
> CHADBOURNE & PARKE LLP
> 350 South Grand Avenue, Suite 3300
> Los Angeles, California 90071
> Telephone:(213) 892-1000
> Facsimile: (213) 622-9865
> Email: jhenneberry@chadbourne.com
>
> Scott S. Balber
> Jonathan C. Cross
> CHADBOURNE & PARKE LLP
> 30 Rockefeller Plaza
> New York, New York 10112
> Telephone:(212) 408-5100
> Facsimile: (212) 541-5369
> Email: sbalber@chadbourne.com; jcross@chadbourne.com
>
> *Attorneys for Plaintiff and Counterdefendant*
> *LFG National Capital, LLC*

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 24, 2011, at Los Angeles, California.

JAZMIN LEON

5539803v.1