MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
Harvey I. Saferstein, Esq. (SBN: 49750)
Nada I. Shamonki, Esq. (SBN: 205359)
Sarah J. Robertson, Esq. (SBN: 243364)
2029 Century Park East, Suite 1370
Los Angeles, California 90067
Phone: 310.586.3200
Fax: 310.586.3202
hsaferstein@mintz.com; nshamonki@mintz.com, and srobertson@mintz.com

Attorneys for Defendant and Counterclaimant
GARY, WILLIAMS, FINNEY, LEWIS, WATSON & SPERANDO, P.L., and Defendants
WILLIE GARY and LORENZO WILLIAMS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LFG NATIONAL CAPITAL, LLC, <br><br> Plaintiff, <br><br> v. <br><br> GARY, WILLIAMS, FINNEY, LEWIS, WATSON & SPERANDO, P.L., WILLIE GARY, and LORENZO WILLIAMS, <br><br> Defendants. <br><br> GARY, WILLIAMS, FINNEY, LEWIS, WATSON & SPERANDO, P.L., <br><br> Counterclaimant, <br><br> v. <br><br> LFG NATIONAL CAPITAL, LLC; LAWFINANCE GROUP, INC.; and LFG SERVICING, LLC <br><br> Counterdefendant. | Case No. CV11-04538 PSG (PJWx) <br><br> **DECLARATION OF NADA I. SHAMONKI IN SUPPORT OF OPPOSITIONS TO LFG NATIONAL CAPITAL, LLC, LAWFINANCE GROUP, INC., AND LFG SERVICING, LLC'S MOTION TO TRANSFER VENUE AND LFG NATIONAL CAPITAL, LLC'S MOTION FOR LEAVE TO AMEND THE COMPLAINT; REQUEST FOR SANCTIONS** <br><br><br> Date:     November 14, 2011 <br> Time:     1:30 p.m. <br> Judge:    Honorable Philip S. Gutierrez <br> Courtroom:   880 |

## DECLARATION OF NADA I. SHAMONKI

I, Nada I. Shamonki, do hereby declare as follows:

1. I am licensed to practice law in the State of California and admitted as a member of the Bar of this Court. I am an attorney with Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. ("Mintz Levin"), counsel of record for Defendant and Counterclaimant Gary, Williams, Finney, Lewis, Watson & Sperando, P.L. (the "Gary Firm") and Defendants Willie Gary and Lorenzo Williams (collectively, "Defendants"). I submit this declaration in support of Defendants' Oppositions to LFG National Capital, LLC, LawFinance Group, Inc., and LFG Servicing, LLC's (collectively "LFG") Motion to Transfer Venue and Plaintiff LFG National Capital, LLC's Motion for Leave to Amend The Complaint; Request For Sanctions (the "Oppositions").

2. I am over the age of 18. Except for those matters set forth on information and belief, I make this declaration of my own knowledge. I could and would competently testify as to the matters set forth below if called upon to do so. As for the matters set forth on information and belief, I have been informed that they are true and, based upon such information; I believe them to be true.

3. A true and correct copy of Judge Hurd's April 25, 2011 Order entered in the *Simpson* Case, which we obtained online via Pacer Service Center, is attached to the Defendants' Opposition to LFG's venue motion as Exhibit A.

4. A true and correct copy of the April 26, 2011 letter sent by Plaintiff to the Sussman Firm, which we received from Defendants, is attached to Defendants' Opposition to LFG's venue motion as Exhibit B.

5. A true and correct copy of the May 20, 2011 letter sent by Plaintiff to Boies Schiller, which we received from Defendants, is attached to Defendants' Opposition to LFG's venue motion as Exhibit C.

2

6. A true and correct copy of the May 27, 2011 letter filed by the Sussman Firm with the court in the *Simpson* Case, which we obtained online via Pacer Service Center, is attached to Defendants' Opposition to LFG's venue motion as Exhibit D.

7. A true and correct copy of the June 1, 2011 letter filed by GE Capital in the *Simpson* Case, which we obtained online via Pacer Service Center, is attached to Defendants' Opposition to LFG's venue motion as Exhibit E.

8. A true and correct copy of GE Capital's Amended Complaint filed June 1, 2011 in the Southern District of New York, which we received from Defendants, is attached to Defendants' Opposition to LFG's venue motion as Exhibit F.

9. A true and correct copy of the June 7, 2011 letter sent by LFG National to Judge Hurd in the *Simpson* Case and subsequently filed with the court on June 9, 2011, which we obtained online via Pacer Service Center, is attached to Defendants' Opposition to LFG's venue motion as Exhibit G.

10. A true and correct copy of the June 7, 2011 letter filed by GE Capital in the *Simpson* Case, which we obtained online via Pacer Service Center, is attached to Defendants' Opposition to LFG's venue motion as Exhibit H.

11. A true and correct copy of Judge Hurd's June 9, 2011 Order, which we obtained online via Pacer Service Center, is attached to Defendants' Opposition to LFG's venue motion as Exhibit I.

12. A true and correct copy of the September 16, 2011 letter sent by Alan Zimmerman, CEO of LFG, to the Gary Firm, which we received from Defendants, is attached to Defendants' Opposition to LFG's venue motion as Exhibit J.

13. I have spent over 19 hours working on the Opposition to LFG's Motion to Transfer Venue. At my usual and customary rate of $535/hour, my fees to date in LFG's Motion to Transfer Venue will be over $10,000.00, which is the amount we are requesting as sanctions against LFG for their frivolous motion. This amount does

not include the attorneys' fees incurred by my colleagues, Harvey I. Saferstein and Sarah J. Robertson.

14. I have spent over 6 hours working on the Opposition to Plaintiff's Motion for leave to Amend the Complaint. At my usual and customary rate of $535/hour, my fees to date in opposing Plaintiff's Motion to Amend will be over $3,210.00. According to Mintz Levin's billing records, which are kept in the normal course of business, Sarah J. Robertson spent 4.5 hours working on the Opposition to Plaintiff's Motion for Leave to Amend the Complaint. At her usual and customary rate of $415/hour, her fees to date in opposing Plaintiff's Motion to Amend are $1,867.50. Combining my time with Ms. Robertson's time, it has cost Defendants over $5,000.00, which is the amount Defendants are seeking as sanctions, to oppose Plaintiff's frivolous motion. This amount does not include the attorneys' fees incurred by my colleague, Harvey I. Saferstein.

15. Therefore, Defendants request that a sanctions award be entered against LFG in the amount of $10,000.00 for filing a frivolous motion to transfer venue and a sanctions award be entered against Plaintiff in the amount of $5,000.00 for filing a frivolous motion to amend.

I declare under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct.

Executed on this 24th day of October 2011 in Los Angeles, California.

*[signature]*
Nada I. Shamonki

4

# PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss
COUNTY OF LOS ANGELES )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2029 Century Park East, Suite 1370, Los Angeles, California 90067.

I hereby certify that on October 24, 2011, the foregoing document(s): **DECLARATION OF NADA I. SHAMONKI IN SUPPORT OF OPPOSITIONS TO LFG NATIONAL CAPITAL, LLC, LAWFINANCE GROUP, INC., AND LFG SERVICING, LLC'S MOTION TO TRANSFER VENUE AND LFG NATIONAL CAPITAL, LLC'S MOTION FOR LEAVE TO AMEND THE COMPLAINT; REQUEST FOR SANCTIONS** was/were electronically filed with the Clerk of the Court using the CM/ECF system which will send will send a notice of electronic filing to the following CM/ECF registered party(ies):

> Jay R. Henneberry
> CHADBOURNE & PARKE LLP
> 350 South Grand Avenue, Suite 3300
> Los Angeles, California 90071
> Telephone:(213) 892-1000
> Facsimile: (213) 622-9865
> Email: jhenneberry@chadbourne.com
>
> Scott S. Balber
> Jonathan C. Cross
> CHADBOURNE & PARKE LLP
> 30 Rockefeller Plaza
> New York, New York 10112
> Telephone:(212) 408-5100
> Facsimile: (212) 541-5369
> Email: sbalber@chadbourne.com; jcross@chadbourne.com
>
> *Attorneys for Plaintiff and Counterdefendant
> LFG National Capital, LLC*

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 24, 2011, at Los Angeles, California.

JAZMIN LEON

5540293v.1

1

PROOF OF SERVICE