MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
Harvey I. Saferstein, Esq. (SBN: 49750)
Nada I. Shamonki, Esq. (SBN: 205359)
Sarah J. Robertson, Esq. (SBN: 243364)
2029 Century Park East, Suite 1370
Los Angeles, California 90067
Phone: 310.586.3200
Fax: 310.586.3202
hsaferstein@mintz.com; nshamonki@mintz.com,
and srobertson@mintz.com

Attorneys for Defendant and Counterclaimant
GARY, WILLIAMS, FINNEY, LEWIS,
WATSON & SPERANDO, P.L., and Defendants
WILLIE GARY and LORENZO WILLIAMS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LFG NATIONAL CAPITAL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GARY, WILLIAMS, FINNEY, LEWIS, WATSON & SPERANDO, P.L., WILLIE GARY, and LORENZO WILLIAMS,<br><br>Defendants. | Case No. CV11-04538 PSG (PJWx)<br><br>**[PROPOSED] ORDER DENYING LFG NATIONAL CAPITAL, LLC, LAWFINANCE GROUP, INC., AND LFG SERVICING, LLC'S MOTION TO TRANSFER VENUE AND AWARDING SANCTIONS FOR FRIVOLOUS MOTION**<br><br>Hearing:<br>Date:  November 14, 2011<br>Time:  1:30 p.m.<br>Judge:  Honorable Philip S. Gutierrez<br>Courtroom:  880 |

///
///
///
///
///
///
///

1

1 | Having considered LFG National Capital, LLC, LawFinance Group, Inc., and LFG Servicing, LLC's ("LFG") Motion to Transfer Venue that came on regularly for hearing before this Court on November 14, 2011 at 1:30 p.m., and after consideration of the briefs and arguments of counsel, and all other matters presented to the Court;

IT IS HEREBY ORDERED that Plaintiffs' motion is DENIED.

IT IS FURTHER ORDERED that the motion brought by LFG is found to be frivolous and that sanctions be paid by LFG to Defendants in the amount of $_____.

**IT IS SO ORDERED.**

Dated: _____   _____
                                        Hon. Philip S. Gutierrez
                                        United States District Court Judge

# PROOF OF SERVICE

STATE OF CALIFORNIA    )
                       ) ss
COUNTY OF LOS ANGELES  )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2029 Century Park East, Suite 1370, Los Angeles, California 90067.

I hereby certify that on October 24, 2011, the foregoing document(s): **[PROPOSED] ORDER DENYING LFG NATIONAL CAPITAL, LLC, LAWFINANCE GROUP, INC., AND LFG SERVICING, LLC'S MOTION TO TRANSFER VENUE AND AWARDING SANCTIONS FOR FRIVOLOUS MOTION** was/were electronically filed with the Clerk of the Court using the CM/ECF system which will send will send a notice of electronic filing to the following CM/ECF registered party(ies):

> Jay R. Henneberry
> CHADBOURNE & PARKE LLP
> 350 South Grand Avenue, Suite 3300
> Los Angeles, California 90071
> Telephone:(213) 892-1000
> Facsimile: (213) 622-9865
> Email:  jhenneberry@chadbourne.com
>
> Scott S. Balber
> Jonathan C. Cross
> CHADBOURNE & PARKE LLP
> 30 Rockefeller Plaza
> New York, New York 10112
> Telephone:(212) 408-5100
> Facsimile: (212) 541-5369
> Email:  sbalber@chadbourne.com; jcross@chadbourne.com
>
> *Attorneys for Plaintiff and Counterdefendant*
> *LFG National Capital, LLC*

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 24, 2011, at Los Angeles, California.

_____
JAZMIN LEON

5535309v.1

1
PROOF OF SERVICE