JAY R. HENNEBERRY (State Bar No. 135065)
jhenneberry@chadbourne.com
CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, California  90071
Telephone:  (213) 892-1000
Facsimile:   (213) 892-2045

Scott S. Balber (*Adm. pro hac vice*)
sbalber@chadbourne.com
Jonathan C. Cross (*Adm. pro hac vice*)
jcross@chadbourne.com
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, New York  10112
Telephone:  (212) 408-5100
Facsimile:   (212) 541-5369

Attorneys for Plaintiff
LFG National Capital, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| LFG NATIONAL CAPITAL, LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>GARY, WILLIAMS, FINNEY, LEWIS, WATSON & SPERANDO, P.L., WILLIE GARY, and LORENZO WILLIAMS,<br><br>            Defendants.<br><br>GARY, WILLIAMS, FINNEY, LEWIS, WATSON & SPERANDO, P.L.,<br><br>            Counterclaimant,<br><br>    v.<br><br>LFG NATIONAL CAPITAL, LLC, LAWFINANCE GROUP, INC., and LFG SERVICING, LLC<br><br>            Counterdefendants. | Case No. CV11-04538 PSG (PJWx)<br><br>**DECLARATION OF JONATHAN C. CROSS IN SUPPORT OF LFG NATIONAL CAPITAL, LLC, LAWFINANCE GROUP, INC., AND LFG SERVICING, LLC'S OPPOSITION TO DEFENDANTS'** *EX PARTE* **APPLICATION TO CORRECT A CLERICAL ERROR AND TRANSFER THE CASE BACK TO THE DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND PUT THE PARTIES' MOTIONS BACK ON CALENDAR BEFORE THE HONORABLE PHILIP S. GUTIERREZ**<br><br>Judge: Honorable Philip S. Gutierrez<br>Courtroom: 880 |

I, JONATHAN C. CROSS, declare and state:

1. I am an attorney at law duly licensed and admitted to practice *pro hac vice* before this Court. I am Counsel at the law firm of Chadbourne & Parke LLP, counsel for Plaintiff and Counterdefendant LFG National Capital, LLC, and Counterdefendants LawFinance Group, Inc. and LFG Servicing, LLC. I have personal and first-hand knowledge of the facts set forth herein, and if called upon to testify, I could and would competently testify to the following.

2. I provide this declaration in support of Plaintiff and Counterdefendant LFG National Capital, LLC, and Counterdefendants LawFinance Group, Inc. and LFG Servicing, LLC's Opposition to Defendants' *Ex Parte* Application to Correct a Clerical Error and Transfer the Case Back to the District Court of the Central District of California and Put the Parties' Motions Back on the Calendar Before the Honorable Philip S. Gutierrez.

3. Attached as Exhibit 1 is a true and correct copy of an email sent on October 24, 2011 by myself to Sarah J. Robertson of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., informing her that the chambers of the Honorable David N. Hurd of the United States District Court for the Northern District of New York has requested that the parties attempt to reach an agreement on the return dates for upcoming motions in the case.

Dated: October 25, 2011                    CHADBOURNE & PARKE LLP

                                          By: ____/s/ Jonathan C. Cross____
                                                  Jonathan C. Cross

                                          *Attorneys for Plaintiff and Counterdefendants*
                                          LFG NATIONAL CAPITAL, LLC
                                          LAWFINANCE GROUP, INC., and
                                          LFG SERVICING, LLC