# EXHIBIT 1

**From:** Cross, Jonathan
**Sent:** Monday, October 24, 2011 12:56 PM
**To:** Robertson, Sally
**Cc:** Saferstein, Harvey; 'Shamonki, Nada'; Balber, Scott; Henneberry, Jay R.
**Subject:** LFG National Capital v. Gary, Williams et al.

Sally,

Judge Hurd's chambers has asked that we attempt to reach agreement concerning the return dates for the three motions currently pending in the above-captioned case. Pursuant to Judge Hurd's rules, motions are heard on the second Friday of each month. As November 11 is unworkable in light of the current state of the briefing on the motion for leave to amend the Complaint, we suggest agreeing to make all three motions returnable on December 9, 2011 (and setting the scheduling conference for that date as well).

Please let us know if you are in agreement and we will prepare an appropriate stipulation. If we are unable to reach agreement, we will need to so advise Judge Hurd and ask that he set the relevant return dates.

Regards,

Jonathan

**Jonathan Cross | Counsel**
**Chadbourne & Parke LLP**
30 Rockefeller Plaza, New York, NY 10112
tel 212-408-1058 | fax 646-710-1058
jcross@chadbourne.com | http://www.chadbourne.com
vCard: http://www.chadbourne.com/vcard/jcross.vcf

EXHIBIT 1
PAGE 3