JAY R. HENNEBERRY (State Bar No. 135065)
jhenneberry@chadbourne.com
CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, California 90071
Telephone: (213) 892-1000
Facsimile: (213) 892-2045

Scott S. Balber *(Adm.pro hac vice)*
sbalber@chadbourne.com
Jonathan C. Cross *(Adm.pro hac vice)*
jcross@chadbourne.com
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 408-5100
Facsimile: (212) 541-5369

Attorneys for Plaintiff and Counterdefendants
LFG NATIONAL CAPITAL, LLC, LAWFINANCE GROUP, INC., and LFG SERVICING, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| LFG NATIONAL CAPITAL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GARY, WILLIAMS, FINNEY, LEWIS, WATSON & SPERANDO, P.L., WILLIE GARY, and LORENZO WILLIAMS,<br><br>Defendants.<br><hr>GARY, WILLIAMS, FINNEY, LEWIS, WATSON & SPERANDO, P.L.,<br><br>Counterclaimant,<br><br>v.<br><br>LFG NATIONAL CAPITAL, LLC, LAWFINANCE GROUP, INC., and LFG SERVICING, LLC<br><br>Counterdefendants. | Case No. CV11-04538 PSG (PJWx)<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF LFG NATIONAL CAPITAL, LLC, LAWFINANCE GROUP, INC., and LFG SERVICING, LLC'S OPPOSITION TO THE DEFENDANTS'** ***EX PARTE*** **APPLICATION TO CORRECT A CLERICAL ERROR AND TRANSFER THE CASE BACK TO THE DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND PUT THE PARTIES' MOTIONS BACK ON CALENDAR BEFORE THE HONORABLE PHILIP S. GUTIERREZ**<br><br>Judge: Honorable Philip S. Gutierrez<br>Courtroom: 880 |

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DEFENDANTS' *EX PARTE* APPLICATION RE: TRANSFER

CPAM: 4281592.1

Plaintiff and Counterdefendant LFG National Capital, LLC and Counterdefendants LawFinance Group, Inc. and LFG Servicing, LLC, by and through its attorneys, hereby request that the Court take judicial notice pursuant to Federal Rule of Evidence 201 of the following documents listed below and attached hereto:

a. On October 24, 2011, the case captioned <u>LFG National Capital, LLC</u> v. <u>Gary, Williams, Finney, Lewis, Watson, and Sperando P.L. et al</u>, No. CV11-04538 PSG (PJWx) (C.D. Cal.) was transferred from the United States District Court for the Central District of California to the United States District Court for the Northern District of New York.  The United States District Court for the Northern District of New York assigned the case the number 1:11-cv-01260-DNH-DRH.  A true and correct copy of the United States District Court for the Northern District of New York's docket report for the case is attached as **Exhibit A**.

b. On October 24, 2011, the United States District Court for the Northern District of New York directed the counsel of the parties that, if they were to remain as counsel of record, formal admission was required.  A true and correct copy of the letter is attached as **Exhibit B**.

The Court may take judicial notice of Exhibits A and B because pursuant to Federal Rule of Evidence 201, "[a] court may take judicial notice of pleadings, court orders, and judgments filed in another litigation."  See <u>Putman</u> v. <u>State Bar of CA</u>, 2010 WL 3070435, *1 n.6 (C.D. Cal. June 25, 2010) (citing <u>Reyn's Pasta Bella, LLC</u> v. <u>Visa USA, Inc.</u>, 442 F.3d 741, 746 (9th Cir. 2006)).

CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, CA  90071 (213) 892-1000

| | |
|---|---|
| October 25, 2011 | CHADBOURNE & PARKE LLP |
| | By: ___/s/ Jay R. Henneberry___<br>Jay R. Henneberry<br>Scott S. Balber<br>Jonathan Cross |
| | *Attorneys for Plaintiff and Counterdefendants*<br>LFG NATIONAL CAPITAL, LLC<br>LAWFINANCE GROUP, INC., and<br>LFG SERVICING, LLC |