# EXHIBIT A

## U.S. District Court
## Northern District of New York - Main Office (Syracuse) [LIVE - Version 4.2] (Albany)
## CIVIL DOCKET FOR CASE #: 1:11-cv-01260-DNH-DRH

LFG National Capital LLC v. Gary, Williams, Finney,
Lewis, Watson, and Sperando P.L. et al
Assigned to: Judge David N. Hurd
Referred to: Magistrate Judge David R. Homer
related Case: 1:04-cv-01182-DNH-DRH
Case in other court: California Central, 2:11-cv-04538
Cause: 28:1332 Diversity-Breach of Contract

Date Filed: 10/24/2011
Jury Demand: Defendant
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**
**LFG National Capital LLC**


V.

**Defendant**
**Gary, Williams, Finney, Lewis, Watson, and Sperando P.L.**

**Defendant**
**Willie Gary**

**Defendant**
**Lorenzo Williams**

**Counter Claimant**
**Gary, Williams, Finney, Lewis, Watson, and Sperando P.L.**


V.

**Counter Defendant**
**Lawfinance Group, Inc.**

**Counter Defendant**
**LFG Servicing, LLC**

**Counter Defendant**
**LFG National Capital LLC**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/26/2011 | 1 | COMPLAINT against Defendants Willie Gary, Gary Williams Finney Lewis Watson and Sperando PL, Lorenzo Williams. Case assigned to Judge Philip S. Gutierrez for all further proceedings. Discovery referred to Magistrate Judge Patrick J. Walsh.(Filing fee $ 350 PAID.), filed by Plaintiff LFG National |

EXHIBIT 4
PAGE 4

| | | |
|---|---|---|
| | | Capital LLC.(et) (ds). [Transferred from California Central on 10/24/2011.] (Entered: 05/26/2011) |
| 05/26/2011 | | 21 DAY Summons Issued re Complaint - (Discovery) 1 as to Defendants Willie Gary, Gary Williams Finney Lewis Watson and Sperando PL, Lorenzo Williams. (et) [Transferred from California Central on 10/24/2011.] (Entered: 05/26/2011) |
| 05/26/2011 | 2 | CERTIFICATION AND NOTICE of Interested Parties filed by Plaintiff LFG National Capital LLC. (et) (ds). [Transferred from California Central on 10/24/2011.] (Entered: 05/26/2011) |
| 05/26/2011 | 3 | NOTICE TO PARTIES OF ADR PROGRAM filed. (et) [Transferred from California Central on 10/24/2011.] (Entered: 05/26/2011) |
| 05/26/2011 | 4 | NOTICE OF FILING FEE DUE on Pro Hac Vice Application mailed to Scott S. Balber for Plaintiff LFG National Capital LLC. Your Pro Hac Vice application has not been received by the court. Please return your completed Application of Non-Resident Attorney to Appear in a Specific Case, form G-64, or a copy of the Notice of Electronic Filing of your application and the $275.00 fee and this notice immediately. Out-of-state federal government attorneys who are not employed by the U.S. Department of Justice are required to file a Pro Hac Vice application; no filing fee is required. (et) [Transferred from California Central on 10/24/2011.] (Entered: 05/26/2011) |
| 05/26/2011 | 5 | NOTICE OF FILING FEE DUE on Pro Hac Vice Application mailed to Jonathan C. Cross for Plaintiff LFG National Capital LLC. Your Pro Hac Vice application has not been received by the court. Please return your completed Application of Non-Resident Attorney to Appear in a Specific Case, form G-64, or a copy of the Notice of Electronic Filing of your application and the $275.00 fee and this notice immediately. Out-of-state federal government attorneys who are not employed by the U.S. Department of Justice are required to file a Pro Hac Vice application; no filing fee is required. (et) [Transferred from California Central on 10/24/2011.] (Entered: 05/26/2011) |
| 05/31/2011 | 6 | STANDING ORDER regarding Newly Assigned Cases (See document for further details) by Judge Philip S. Gutierrez. (ir) [Transferred from California Central on 10/24/2011.] (Entered: 05/31/2011) |
| 06/03/2011 | 7 | APPLICATION for attorney Jonathan C. Cross to Appear Pro Hac Vice(PHV Fee of $275 receipt number 0973-8744707 paid.) filed by Plaintiff LFG National Capital LLC. (Attachments: # 1 Certificate of Good Standing, # 2 Order)(Henneberry, Jay) [Transferred from California Central on 10/24/2011.] (Entered: 06/03/2011) |
| 06/03/2011 | 8 | PROOF OF SERVICE Executed by Plaintiff LFG National Capital LLC, upon Defendant Lorenzo Williams served on 6/1/2011, answer due 6/22/2011. Service of the Summons and Complaint were executed upon Chan Abney, General Counsel for Gary, Williams, Finney, Lewis, Watson & Sperando, P.L. in compliance with Federal Rules of Civil Procedure by substituted service at business address and no service by mail was executed. Original Summons NOT returned. (Henneberry, Jay) [Transferred from California Central on 10/24/2011.] (Entered: 06/03/2011) |

EXHIBIT 4
PAGE 5

| 06/03/2011 | 9 | PROOF OF SERVICE Executed by Plaintiff LFG National Capital LLC, upon Defendant Willie Gary served on 6/1/2011, answer due 6/22/2011. Service of the Summons and Complaint were executed upon Chan Abney, General Counsel for Gary, Williams, Finney, Lewis, Watson & Sperando, P.L. in compliance with Federal Rules of Civil Procedure by substituted service at business address and no service by mail was executed. Original Summons NOT returned. (Henneberry, Jay) [Transferred from California Central on 10/24/2011.] (Entered: 06/03/2011) |
|---|---|---|
| 06/03/2011 | 10 | PROOF OF SERVICE Executed by Plaintiff LFG National Capital LLC, upon Defendant Gary Williams Finney Lewis Watson and Sperando PL served on 6/1/2011, answer due 6/22/2011. Service of the Summons and Complaint were executed upon Chan Abney, General Counsel for Gary, Williams, Finney, Lewis, Watson & Sperando, P.L. in compliance with Federal Rules of Civil Procedure by substituted service at business address and no service by mail was executed. Original Summons NOT returned. (Henneberry, Jay) [Transferred from California Central on 10/24/2011.] (Entered: 06/03/2011) |
| 06/03/2011 | 11 | EX PARTE APPLICATION for Temporary Restraining Order as to Issuance of a Preliminary Injunction filed by Plaintiff LFG National Capital LLC. (Attachments: # 1 Declaration of Jay Henneberry, # 2 Exhibit A-B, # 3 Declaration of Alan Zimmerman, # 4 Exhibit A-E, # 5 Exhibit F-N, # 6 Proposed Order)(Henneberry, Jay) [Transferred from California Central on 10/24/2011.] (Entered: 06/03/2011) |
| 06/06/2011 | 12 | APPLICATION for attorney Scott S. Balber to Appear Pro Hac Vice(PHV Fee of $275 receipt number 0973-8750717 paid.) filed by Plaintiff LFG National Capital LLC. (Attachments: # 1 Certificate of Good Standing, # 2 Order on Application of Non-Resident Attorney to Appear in a Specific Case) (Henneberry, Jay) [Transferred from California Central on 10/24/2011.] (Entered: 06/06/2011) |
| 06/06/2011 | 13 | PROOF OF SERVICE filed by Plaintiff LFG National Capital LLC, re EX PARTE APPLICATION for Temporary Restraining Order as to Issuance of a Preliminary Injunction 11 served on June 3, 2011. (Henneberry, Jay) [Transferred from California Central on 10/24/2011.] (Entered: 06/06/2011) |
| 06/06/2011 | 14 | PROOF OF SERVICE filed by Plaintiff LFG National Capital LLC, re APPLICATION for attorney Scott S. Balber to Appear Pro Hac Vice(PHV Fee of $275 receipt number 0973-8750717 paid.) APPLICATION for attorney Scott S. Balber to Appear Pro Hac Vice(PHV Fee of $275 receipt number 0973-8750717 paid.) 12 , APPLICATION for attorney Jonathan C. Cross to Appear Pro Hac Vice(PHV Fee of $275 receipt number 0973-8744707 paid.) 7 served on June 6, 2011. (Henneberry, Jay) [Transferred from California Central on 10/24/2011.] (Entered: 06/06/2011) |
| 06/06/2011 | 15 | NOTICE of Manual Filing filed by Defendants Willie Gary, Gary Williams Finney Lewis Watson and Sperando PL, Lorenzo Williams of Application to Seal and Proposed Order with related documents. (Robertson, Sarah) [Transferred from California Central on 10/24/2011.] (Entered: 06/06/2011) |
| 06/06/2011 | 16 | MEMORANDUM in Opposition to EX PARTE APPLICATION for |

EXHIBIT A
PAGE 6

| | | Temporary Restraining Order as to Issuance of a Preliminary Injunction 11 filed by Defendants Willie Gary, Gary Williams Finney Lewis Watson and Sperando PL, Lorenzo Williams. (Robertson, Sarah) [Transferred from California Central on 10/24/2011.] (Entered: 06/06/2011) |
|---|---|---|
| 06/06/2011 | 17 | DECLARATION of CHANTHINA BRYANT ABNEY in Opposition EX PARTE APPLICATION for Temporary Restraining Order as to Issuance of a Preliminary Injunction 11 filed by Defendants Willie Gary, Gary Williams Finney Lewis Watson and Sperando PL, Lorenzo Williams. (Robertson, Sarah) [Transferred from California Central on 10/24/2011.] (Entered: 06/06/2011) |
| 06/06/2011 | 18 | DECLARATION of EARLENE COX In Opposition EX PARTE APPLICATION for Temporary Restraining Order as to Issuance of a Preliminary Injunction 11 filed by Defendants Willie Gary, Gary Williams Finney Lewis Watson and Sperando PL, Lorenzo Williams. (Robertson, Sarah) [Transferred from California Central on 10/24/2011.] (Entered: 06/06/2011) |
| 06/06/2011 | 19 | DECLARATION of HARVEY SAFERSTEIN In Opposition EX PARTE APPLICATION for Temporary Restraining Order as to Issuance of a Preliminary Injunction 11 filed by Defendants Willie Gary, Gary Williams Finney Lewis Watson and Sperando PL, Lorenzo Williams. (Robertson, Sarah) [Transferred from California Central on 10/24/2011.] (Entered: 06/06/2011) |
| 06/06/2011 | 20 | Evidentiary Objections to Declaration of Alan Zimmerman in Opposition to re: EX PARTE APPLICATION for Temporary Restraining Order as to Issuance of a Preliminary Injunction 11 filed by Defendants Willie Gary, Gary Williams Finney Lewis Watson and Sperando PL, Lorenzo Williams. (Robertson, Sarah) [Transferred from California Central on 10/24/2011.] (Entered: 06/06/2011) |
| 06/06/2011 | 21 | *Certification and Notice* of Interested Parties filed by Defendants Willie Gary, Gary Williams Finney Lewis Watson and Sperando PL, Lorenzo Williams, identifying LFG NATIONAL CAPITAL, LLC, GARY, WILLIAMS, FINNEY, LEWIS, WATSON & SPERANDO, P.L., WILLIE GARY, LORENZO WILLIAMS, LFG SERVICING, LLC. (Robertson, Sarah) [Transferred from California Central on 10/24/2011.] (Entered: 06/06/2011) |
| 06/06/2011 | 25 | ORDER by Judge Philip S. Gutierrez: granting 7 Application to Appear Pro Hac Vice by Attorney Jonathan C. Cross on behalf of Plaintiff LFG National Capital, LLC, designating Jay R. Henneberry as local counsel. (vh) [Transferred from California Central on 10/24/2011.] (Entered: 06/07/2011) |
| 06/06/2011 | 27 | APPLICATION to File Certain portions of and exhibits to their oppositions to Plaintiff's Ex Parte Application for Temporary Restraining Order and/or Order to Show Cause regarding Issuance of a Preliminary Injunction under seal filed by Defendants Willie Gary, Gary Williams Finney Lewis Watson and Sperando PL, Lorenzo Williams. Lodged Proposed Order. (ir) [Transferred from California Central on 10/24/2011.] (Entered: 06/09/2011) |
| 06/06/2011 | 28 | DECLARATION of Sarah J Robertson in support of Defendants' Application to File Certain portions of and exhibits to their oppositions to Plaintiff's Ex Parte Application for Temporary Restraining Order and/or Order to Show Cause regarding Issuance of a Preliminary Injunction under seal 27 filed by Defendants Willie Gary, Gary Williams Finney Lewis Watson and Sperando |

EXHIBIT A
PAGE 7

| | | PL, Lorenzo Williams. (ir) [Transferred from California Central on 10/24/2011.] (Entered: 06/09/2011) |
|---|---|---|
| 06/07/2011 | 22 | REPLY In Support EX PARTE APPLICATION for Temporary Restraining Order as to Issuance of a Preliminary Injunction 11 filed by Plaintiff LFG National Capital LLC. (Henneberry, Jay) [Transferred from California Central on 10/24/2011.] (Entered: 06/07/2011) |
| 06/07/2011 | 23 | DECLARATION of Alan L. Zimmerman In Support EX PARTE APPLICATION for Temporary Restraining Order as to Issuance of a Preliminary Injunction 11 filed by Plaintiff LFG National Capital LLC. (Attachments: # 1 Exhibit A-E, # 2 Exhibit F-N)(Henneberry, Jay) [Transferred from California Central on 10/24/2011.] (Entered: 06/07/2011) |
| 06/07/2011 | 24 | EX PARTE APPLICATION to AMENDING re EX PARTE APPLICATION for Temporary Restraining Order as to Issuance of a Preliminary Injunction 11 filed by Plaintiff LFG National Capital LLC. (Attachments: # 1 Declaration Jay R. Henneberry, # 2 Exhibit A to Jay R. Henneberry Declaration, # 3 Proposed Order)(Henneberry, Jay) [Transferred from California Central on 10/24/2011.] (Entered: 06/07/2011) |
| 06/07/2011 | 26 | ORDER by Judge Philip S. Gutierrez: granting 12 Application to Appear Pro Hac Vice by Attorney Scott S. Balber on behalf of Plaintiff, designating Jay R. Henneberry as local counsel. (lt) [Transferred from California Central on 10/24/2011.] (Entered: 06/08/2011) |
| 06/09/2011 | 29 | ORDER GRANTING PLAINTIFF'S EX PARTE Application For An Order Amending The Docket by Judge Philip S. Gutierrez granting 24 Ex Parte Application: Having reviewed the Application and the unredacted and redacted versions of the documents at issue, the application is hereby GRANTED. The Clerk is directed to remove from the docket the attachments numbered 3, 4 and 5 to Docket Entry 11, specifically the Declaration of Alan Zimmerman and the Exhibits thereto, filed in support of LFG National's Ex Parte Application for Temporary Restraining Order and/or Order to Show Cause re: Issuance of a Preliminary Injunction. (bm) [Transferred from California Central on 10/24/2011.] (Entered: 06/09/2011) |
| 06/14/2011 | 30 | MINUTES (IN CHAMBERS) ORDER by Judge Philip S. Gutierrez denying 11 LFG's Ex Parte Application for a Temporary Restraining Order: Based on the foregoing, the Court DENIES LFG's Ex Parte Application for a Temporary Restraining Order. (see document for further details) (bm) [Transferred from California Central on 10/24/2011.] (Entered: 06/14/2011) |
| 06/21/2011 | 31 | STIPULATION Extending Time to Answer the complaint as to Willie Gary answer now due 6/29/2011; Gary Williams Finney Lewis Watson and Sperando PL answer now due 6/29/2011; Lorenzo Williams answer now due 6/29/2011, re Complaint - (Discovery), Complaint - (Discovery) 1 filed by Defendants Willie Gary; Gary Williams Finney Lewis Watson and Sperando PL; Lorenzo Williams.(Saferstein, Harvey) [Transferred from California Central on 10/24/2011.] (Entered: 06/21/2011) |
| 06/29/2011 | 32 | ANSWER to Complaint - (Discovery), Complaint - (Discovery) 1 with JURY DEMAND filed by Defendant Gary Williams Finney Lewis Watson and |

EXHIBIT A
PAGE

| | | |
|---|---|---|
| | | Sperando PL.(Robertson, Sarah) [Transferred from California Central on 10/24/2011.] (Entered: 06/29/2011) |
| 06/29/2011 | 33 | NOTICE OF MOTION AND MOTION to Dismiss Second Claim for Relief in Plaintiff's Complaint ; *Memorandum of Points and Authorities* filed by Defendants Willie Gary, Lorenzo Williams. Motion set for hearing on 8/1/2011 at 01:30 PM before Judge Philip S. Gutierrez. (Attachments: # 1 Declaration of Harvey Saferstein, # 2 Proposed Order)(Robertson, Sarah) [Transferred from California Central on 10/24/2011.] (Entered: 06/29/2011) |
| 06/29/2011 | 34 | Amended Certification and Notice of Interested Parties filed by Defendants Willie Gary, Gary Williams Finney Lewis Watson and Sperando PL, Lorenzo Williams, identifying LFG NATIONAL CAPITAL, LLC, GARY, WILLIAMS, FINNEY, LEWIS, WATSON & SPERANDO, P.L., WILLIE GARY, LORENZO WILLIAMS, LFG SERVICING, LLC, LAWFINANCE GROUP, INC.. (Robertson, Sarah) [Transferred from California Central on 10/24/2011.] (Entered: 06/29/2011) |
| 06/29/2011 | 36 | COUNTERCLAIM against Counter Defendants LFG National Capital LLC, Lawfinance Group, Inc., LFG Servicing, LLC; Jury Demand, filed by defendant and Counterclaimant Gary Williams Finney Lewis Watson and Sperando PL. (bm) (Additional attachment(s) added on 6/30/2011: # 1 Summons on Counterclaim) (bm). [Transferred from California Central on 10/24/2011.] (Entered: 06/30/2011) |
| 06/29/2011 | | 21 DAY Summons Issued re Counterclaim, 36 as to Defendant and Counterclaimant Gary Williams Finney Lewis Watson and Sperando PL. (bm) [Transferred from California Central on 10/24/2011.] (Entered: 06/30/2011) |
| 06/30/2011 | 35 | ORDER SETTING SCHEDULING CONFERENCE: This matter is set for a scheduling conference on October 24, 2011 at 2:00 p.m. The Conference will be held pursuant to F.R.Civ. P. 16(b). The parties are reminded of their obligations to disclose information and confer on a discovery plan not later than 21 days prior to the scheduling conference, and to file a joint statement with the Court not later than 14 days after they confer, as required by F.R. Civ.P. 26 and the Local Rules of this Court. In their F.R.Civ. P. 16f Report, the parties shall indicate whether they have agreed to participate in the Courts ADR Program, to private mediation or, upon a showing of good cause, to a Magistrate Judge for a settlement conference. Failure to comply may lead to the imposition of sanctions by Judge Philip S. Gutierrez. (ir) [Transferred from California Central on 10/24/2011.] (Entered: 06/30/2011) |
| 07/07/2011 | 37 | MINUTE ORDER IN CHAMBERS re ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF SUBJECT MATTER JURISDICTION by Judge Philip S. Gutierrez: This action was filed in this Court on May 26, 2011. However, it appears the Court may lack subject matter jurisdiction for the reason(s) opposite the box(es) checked: (see document for further details). Accordingly, the Court orders plaintiff(s) to show cause in writing no later than July 28, 2011 why this action should not be dismissed without prejudice for lack of subject matter jurisdiction. Mandatory chambers copies are to be delivered to Chambers. Failure to respond by the above date will result in the Court dismissing this action. The Court further orders plaintiff(s) promptly to |

EXHIBIT A PAGE

| | | |
|---|---|---|
| | | serve this minute order on any defendant who has been served with the complaint, or who is served before the date specified above. (bm) [Transferred from California Central on 10/24/2011.] (Entered: 07/08/2011) |
| 07/08/2011 | 38 | Joint STIPULATION for Hearing re MOTION to Dismiss Second Claim for Relief in Plaintiff's Complaint ; *Memorandum of Points and Authorities* 33 filed by Plaintiff Willie Gary, LFG National Capital LLC, Lorenzo Williams. (Attachments: # 1 Proposed Order Approving Stipulation to Extend Hearing Date on Motion (L.R. 7-1))(Henneberry, Jay) [Transferred from California Central on 10/24/2011.] (Entered: 07/08/2011) |
| 07/12/2011 | 39 | ORDER APPROVING STIPULATION TO EXTEND HEARING DATE ON MOTION by Judge Philip S. Gutierrez, re Stipulation for Hearing, 38 , Defendants Willie Gary and Lorenzo Williams (the "Individual Defendants") to Dismiss the Second Claim for Relief in Plaintiffs Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) (the "Motion") from designated date of 8/1/2011 to 8/22/2011....IT IS HEREBY ORDERED that Plaintiff shall serve its opposition papers no later than August 1, 2011 and the Individual Defendants shall serve their reply papers no later than August 8, 2011; and the designated date for the hearing of the Motion shall be, and hereby is, extended to 1:30 PM on August 22, 2011...Motion continued for hearing on 8/22/2011 at 01:30 PM before Judge Philip S. Gutierrez.) (lw) [Transferred from California Central on 10/24/2011.] (Entered: 07/13/2011) |
| 07/20/2011 | 40 | NOTICE OF MOTION AND MOTION to Dismiss Case *COUNTERCLAIMS Pursuant to Fed. R. Civ. P. 12(b)(6)* filed by Plaintiff and Counterdefendants LFG National Capital LLC, LFG Servicing, LLC, Lawfinance Group, Inc.. Motion set for hearing on 9/12/2011 at 01:30 PM before Judge Philip S. Gutierrez. (Attachments: # 1 Memorandum of Points and Authorities in Support of Motion to Dismiss Counterclaims, # 2 Request for Judicial Notice In Support of Motion to Dismiss, # 3 Exhibit A to Request for Judicial Notice, # 4 Exhibit B to Request for Judicial Notice, # 5 Proposed Order)(Henneberry, Jay) [Transferred from California Central on 10/24/2011.] (Entered: 07/20/2011) |
| 07/27/2011 | 41 | STIPULATION to Continue Plaintiffs Response Deadline to OSC re Dismissal for Lack of Subject Matter Jurisdiction, Hearings re Motions to Dismiss, and Scheduling Conference from 7/28/11 (Plaintiff's Response to OSC), 8/22/11 (Defs' Mtn), 9/12/11 (Pl's Mtn), and 10/24/11 (Scheduling Conference) to 10/24/11 (Plaintiff's Response to OSC and Hearings on Parties' Mtns), and 11/14/11 (Scheduling Conference) filed by Defendants Willie Gary, Gary Williams Finney Lewis Watson and Sperando PL, Lorenzo Williams. (Attachments: # 1 Proposed Order Continuing Plaintiffs Response Deadline to OSC re Dismissal for Lack of Subject Matter Jurisdiction, Hearings re Motions to Dismiss, and Scheduling Conference)(Shamonki, Nada) [Transferred from California Central on 10/24/2011.] (Entered: 07/27/2011) |
| 07/28/2011 | 42 | RESPONSE filed by Plaintiff LFG National Capital LLC, Counter Defendants LFG National Capital LLC, LFG Servicing, LLC, Lawfinance Group, Inc.to Minutes of In Chambers Order/Directive - no proceeding held, Set/Reset Deadlines/Hearings,,,,,, 37 *PLAINTIFF'S RESPONSE TO JULY 7, 2011 ORDER TO SHOW CAUSE* (Henneberry, Jay) [Transferred from California |

EXHIBIT A
PAGE 10

|  |  | Central on 10/24/2011.] (Entered: 07/28/2011) |
|---|---|---|
| 07/28/2011 | 43 | ORDER by Judge Philip S. Gutierrez, having reviewed the Stipulation 41 , and good cause shown thereon, now enters the stipulated orders as follows: Plaintiffs Response to the OSC, currently due July 28, 2011, shall becontinued to 10/24/11. The hearing on Defendants Motion to Dismiss Plaintiffs Complaint 33 , currently August 22, 2011, shall be continued to 10/24/11 at 1:30 pm in Courtroom 880. The hearing on Plaintiffs Motion to Dismiss Counterclaim, currently on September 12, 2011, shall be continued to 10/24/11 at 1:30 p.m. in Courtroom 880. The Scheduling Conference, currently scheduled for October 24, 2011 at 2:00 p.m., shall be continued to 11/14/11 at 2:00 p.m. in Courtroom 880. (ir) [Transferred from California Central on 10/24/2011.] (Entered: 07/29/2011) |
| 09/30/2011 | 44 | NOTICE OF MOTION AND MOTION to AMEND *THE COMPLAINT* filed by Plaintiff and Counterdefendants LFG National Capital LLC, LFG Servicing, LLC, Lawfinance Group, Inc.. Motion set for hearing on 11/14/2011 at 01:30 PM before Judge Philip S. Gutierrez. (Attachments: # 1 Memorandum of Points and Authorities in Support of LFG National Capital, LLC's Motion for Leave to Amend the Complaint, # 2 Proposed Order)(Henneberry, Jay) [Transferred from California Central on 10/24/2011.] (Entered: 09/30/2011) |
| 09/30/2011 | 45 | AMENDED DOCUMENT filed by Plaintiff LFG National Capital LLC, Counter Defendants LFG National Capital LLC, LFG Servicing, LLC, Lawfinance Group, Inc.. *[Proposed] Amended Complaint for Breach of Contract and Breach of Guarantees* (Henneberry, Jay)***DOCUMENT IS STRICKEN PURSUANT TO COURT ORDER DATED 10-4-2011, DOC. #52*** Modified on 10/5/2011 (lw). [Transferred from California Central on 10/24/2011.] (Entered: 09/30/2011) |
| 09/30/2011 | 46 | NOTICE OF MOTION AND MOTION to Transfer Case to Northern District of New York filed by Plaintiff and Counterdefendants LFG National Capital LLC, LFG Servicing, LLC, Lawfinance Group, Inc.. Motion set for hearing on 11/14/2011 at 01:30 PM before Judge Philip S. Gutierrez. (Attachments: # 1 Memorandum of Points and Authorities in Support of LFG National Capital, LLC, LawFinace Group, Inc., and LFG Servicing, LLC's Motion to Transfer Venue, # 2 Request for Judicial Notice of LFG National Capital, LLC, LawFinance Group, Inc., and LFG Servicing, LLC In Support of Motion to Transfer Venue, # 3 Proposed Order)(Henneberry, Jay) [Transferred from California Central on 10/24/2011.] (Entered: 09/30/2011) |
| 09/30/2011 | 47 | REQUEST FOR JUDICIAL NOTICE re MOTION to Transfer Case to Northern District of New York 46 filed by Plaintiff and Counterdefendants LFG National Capital LLC, LFG Servicing, LLC, Lawfinance Group, Inc.. (Attachments: # 1 Exhibits A & B to Request for Judicial Notice of LFG National Capital, LLC, LawFinance Group, Inc., and LFG Servicing, LLC In Support of Motion to Transfer Venue)(Henneberry, Jay) [Transferred from California Central on 10/24/2011.] (Entered: 09/30/2011) |
| 10/03/2011 | 48 | NOTICE OF ERRATA filed by Plaintiff LFG National Capital LLC, Counter Defendants LFG National Capital LLC, LFG Servicing, LLC, Lawfinance Group, Inc.. correcting MOTION to Transfer Case to Northern District of New |

EXHIBIT A
PAGE 11

| | | York <u>46</u> *ATTACHMENT 2 - REQUEST FOR JUDICIAL NOTICE* (Henneberry, Jay) [Transferred from California Central on 10/24/2011.] (Entered: 10/03/2011) |
|---|---|---|
| 10/03/2011 | <u>49</u> | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: Proposed Amended Complaint <u>45</u> . The following error(s) was found: Proposed Document was not submitted as a separate attachment. Other error(s) with document(s): The above Doc. #45 should have been the third document attached to Doc. #44, the Motion to Amend the Complaint. Since it was not attached, a "Notice of Lodging" event could have been used as the main document, then making Doc 45 the attached document. In response to this notice the court may order (1) an amended or correct document to be filed (2) the document stricken or (3) take other action as the court deems appropriate. You need not take any action in response to this notice unless and until the court directs you to do so. (lw) [Transferred from California Central on 10/24/2011.] (Entered: 10/03/2011) |
| 10/03/2011 | <u>50</u> | MEMORANDUM in Opposition to MOTION to Dismiss Second Claim for Relief in Plaintiff's Complaint *; Memorandum of Points and Authorities* <u>33</u> filed by Plaintiff LFG National Capital LLC, Counter Defendants LFG National Capital LLC, LFG Servicing, LLC, Lawfinance Group, Inc.. (Henneberry, Jay) [Transferred from California Central on 10/24/2011.] (Entered: 10/03/2011) |
| 10/03/2011 | <u>51</u> | Opposition of Counterclaimant re: MOTION to Dismiss Case *COUNTERCLAIMS Pursuant to Fed. R. Civ. P. 12(b)(6)* MOTION to Dismiss Case *COUNTERCLAIMS Pursuant to Fed. R. Civ. P. 12(b)(6)* MOTION to Dismiss Case *COUNTERCLAIMS Pursuant to Fed. R. Civ. P. 12(b)(6)* <u>40</u> filed by Counter Claimant Gary Williams Finney Lewis Watson and Sperando PL, Defendant Gary Williams Finney Lewis Watson and Sperando PL. (Attachments: # <u>1</u> Exhibit A-D, # <u>2</u> Declaration of Sarah Robertson, # <u>3</u> Proposed Order Denying Motion to Dismiss)(Shamonki, Nada) [Transferred from California Central on 10/24/2011.] (Entered: 10/03/2011) |
| 10/04/2011 | <u>52</u> | ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENTS by Judge Philip S. Gutierrez: the following document(s) be STRICKEN for failure to comply with the Local Rules, General Order and/or the Courts Case Management Order: Proposed Amended Document <u>45</u> , for the following reasons: Proposed Amended complaint should have been submitted as an attachment to the Motion for leave or as an attachment to a Notice of Lodging. Proposed document can not be submitted as a stand alone document. No leave to file has been granted. (lw) [Transferred from California Central on 10/24/2011.] (Entered: 10/05/2011) |
| 10/05/2011 | <u>53</u> | NOTICE OF LODGING filed re MOTION to AMEND *THE COMPLAINT* <u>44</u> (Attachments: # <u>1</u> [Proposed] Amended Complaint for Breach of Contract and Breach of Guarantees)(Henneberry, Jay) [Transferred from California Central on 10/24/2011.] (Entered: 10/05/2011) |
| 10/06/2011 | <u>54</u> | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: Attachment #1: [Proposed] Amended Complaint <u>53</u> . The following error (s) was found: Other error(s) with document(s) are specified below. Other error |

EXHIBIT A
PAGE 12

| | | |
|---|---|---|
| | | (s) with document(s): Case number is not indicated in caption of attached document. In response to this notice the court may order (1) an amended or correct document to be filed (2) the document stricken or (3) take other action as the court deems appropriate. You need not take any action in response to this notice unless and until the court directs you to do so. (bm) [Transferred from California Central on 10/24/2011.] (Entered: 10/06/2011) |
| 10/06/2011 | 55 | NOTICE OF LODGING filed re Notice of Lodging 53 (Attachments: # 1 [Proposed] Amended Complaint for Breach of Contract and Breach of Guarantees)(Henneberry, Jay) [Transferred from California Central on 10/24/2011.] (Entered: 10/06/2011) |
| 10/06/2011 | 56 | NOTICE OF ERRATA filed by Plaintiff LFG National Capital LLC, Counter Defendants LFG National Capital LLC, LFG Servicing, LLC, Lawfinance Group, Inc.. correcting Notice of Lodging 53 (Henneberry, Jay) [Transferred from California Central on 10/24/2011.] (Entered: 10/06/2011) |
| 10/07/2011 | 57 | REPLY In Support of MOTION to Dismiss Second Claim for Relief in Plaintiff's Complaint ; *Memorandum of Points and Authorities* 33 filed by Defendants Willie Gary, Lorenzo Williams. (Saferstein, Harvey) [Transferred from California Central on 10/24/2011.] (Entered: 10/07/2011) |
| 10/07/2011 | 58 | RESPONSE IN SUPPORT of MOTION to Dismiss Case *COUNTERCLAIMS Pursuant to Fed. R. Civ. P. 12(b)(6)* MOTION to Dismiss Case *COUNTERCLAIMS Pursuant to Fed. R. Civ. P. 12(b)(6)* MOTION to Dismiss Case *COUNTERCLAIMS Pursuant to Fed. R. Civ. P. 12(b)(6)* 40 filed by Plaintiff LFG National Capital LLC, Counter Defendants LFG National Capital LLC, LFG Servicing, LLC, Lawfinance Group, Inc.. (Attachments: # 1 Declaration of Alan L. Zimmerman in Support of Motion to Dismiss Counterclaims)(Henneberry, Jay) [Transferred from California Central on 10/24/2011.] (Entered: 10/07/2011) |
| 10/18/2011 | 59 | NOTICE OF LODGING filed *of LFG NATIONAL CAPITAL, LLC'S [PROPOSED] ORDER* re MOTION to Dismiss Second Claim for Relief in Plaintiff's Complaint ; *Memorandum of Points and Authorities* 33 (Attachments: # 1 Proposed Order)(Henneberry, Jay) [Transferred from California Central on 10/24/2011.] (Entered: 10/18/2011) |
| 10/21/2011 | 60 | MINUTES (IN CHAMBERS) ORDER GRANTING MOTION TO TRANSFER VENUE by Judge Philip S. Gutierrez: Pending before the Court is Plaintiff LFG National Capital, LLC's motion to transfer the venue of this action to the United States District Court for the Northern District of New York 46 . Defendants have failed to file an opposition. Pursuant to Local Rule 7-12, the Court deems Defendants' failure to file a timely opposition to be consent to the granting of the motion. Accordingly, the court GRANTS the motion. Case electronically transferred. ( MD JS-6. Case Terminated. ) Court Reporter: Not Present. (Attachments: # 1 CV-22 Transmittal Letter) (gk) [Transferred from California Central on 10/24/2011.] (Entered: 10/21/2011) |
| 10/24/2011 | 61 | Case transferred in from District of California Central; Case Number 2:11-cv-04538. electronically transferred when case opened (Entered: 10/24/2011) |
| 10/24/2011 | 62 | NOTICE of Admission Requirement was mailed to attorneys Jay Henneberry, |

EXHIBIT A
PAGE 12

| | | Jonathan Cross, Scott Balber, Harvey Saferstein, Nada Shamonki, and Sarah Jane Robertson. Admissions due by 11/23/2011. (cbm ) (Entered: 10/24/2011) |
|---|---|---|

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 10/24/2011 15:37:04 | | | |
| **PACER Login:** | cp0002 | **Client Code:** | 20925.004 |
| **Description:** | Docket Report | **Search Criteria:** | 1:11-cv-01260-DNH-DRH |
| **Billable Pages:** | 9 | **Cost:** | 0.72 |

EXHIBIT
PAGE

# EXHIBIT B

Case 2:11-cv-04538-PSG -PJW   Document 65-4   Filed 10/25/11   Page 14 of 14   Page ID
#:1176
Case 1:11-cv-01260-DNH-DRH   Document 62   Filed 10/24/11   Page 1 of 1

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK



LAWRENCE K. BAERMAN
Clerk

JOHN M. DOMURAD
Chief Deputy

DAN MCALLISTER
Chief Deputy

U.S. Courthouse
10 Broad Street
Utica, New York 13501
(315) 793-8151

October 24, 2011

Jay R. Henneberry, Esq.
Chadbourne, Parke Law Firm
350 South Grand Avenue, Suite 3300
Los Angeles, CA 90071

Jonathan C. Cross, Esq.
Scott S. Balber, Esq.
Chadbourne, Parke Law Firm
30 Rockefeller Plaza
New York, NY 10112

Harvey I. Saferstein, Esq.
Nada I. Shamonki, Esqa.
Sarah Jane Robertson, Esq.
Mintz, Levin Law Firm
2029 Century Park East, Suite 1370
Los Angeles, CA 90067

RE:   LFG National Capital LLC vs. Gary, Williams, Finney, Lewis, Watson, and Serando, P.L.
      NYND CASE NO. 1:11-cv-1260(DNH/DRH)

Dear Sir or Madam:

Please be advised that pursuant to the Transfer Order dated October 24, 2011, the above action has been transferred to the Northern District of New York for all further proceedings. You are directed to advise this Court in writing if you will remain as counsel of record, and if so, your formal admission is required.  The attorney admission forms are enclosed and can also be found on our website at: http://www.nynd.uscourts.gov/. Otherwise new counsel should file a notice of appearance as soon as possible.

Pursuant to the Transfer Order, the parties are advised that all future filings and inquiries should be made with this Court in accordance with its local rules.  Please refer to the NDNY case number listed above on filings.

Very truly yours,

LAWRENCE K. BAERMAN, CLERK

    s/

By:   Christine Mergenthaler
      Deputy Clerk

cm
enclosures
NDNY File

EXHIBIT B
PAGE 15