JAY R. HENNEBERRY (State Bar No. 135065)
jhenneberry@chadbourne.com
CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, California  90071
Telephone:  (213) 892-1000
Facsimile:   (213) 892-2045

Scott S. Balber *(Adm. pro hac vice)*
sbalber@chadbourne.com
Jonathan C. Cross *(Adm. pro hac vice)*
jcross@chadbourne.com
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, New York  10112
Telephone:  (212) 408-5100
Facsimile:   (212) 541-5369

Attorneys for Plaintiff and Counterdefendants
LFG NATIONAL CAPITAL, LLC, LAWFINANCE GROUP, INC., and LFG SERVICING, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| LFG NATIONAL CAPITAL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GARY, WILLIAMS, FINNEY, LEWIS, WATSON & SPERANDO, P.L., WILLIE GARY, and LORENZO WILLIAMS,<br><br>Defendants.<br><br>GARY, WILLIAMS, FINNEY, LEWIS, WATSON & SPERANDO, P.L.,<br><br>Counterclaimant,<br><br>v.<br><br>LFG NATIONAL CAPITAL, LLC, LAWFINANCE GROUP, INC., and LFG SERVICING, LLC,<br><br>Counterdefendants. | Case No. CV11-04538 PSG (PJWx)<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS'** ***EX PARTE*** **APPLICATION TO CORRECT A CLERICAL ERROR AND TRANSFER THE CASE BACK TO THE DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND PUT THE PARTIES' MOTIONS BACK ON CALENDAR BEFORE THE HONORABLE PHILIP S. GUTIERREZ**<br><br>Judge: Honorable Philip S. Gutierrez<br>Courtroom: 880 |

Upon reviewing the papers filed by Plaintiff and Counterdefendant LFG NATIONAL CAPITAL, LLC and Counterdefendants LAWFINANCE GROUP, INC. and LFG SERVICING, LLC in support of their Opposition to Defendants' *Ex Parte* Application to Correct a Clerical Error and Transfer the Case Back to the District Court for the Central District of California and Put the Parties' Motions Back on Calendar Before the Honorable Philip S. Gutierrez, and all pleadings and proceedings heretofore had herein, the Court HEREBY FINDS and ORDERS as follows:

As the above-captioned case has been docketed in the United States District Court for the Northern District of New York, the transfer of the case from the United States District Court for the Central District of California has been completed, and this court lacks the jurisdiction to grant the relief sought by Defendants.  See Lou v. Belzberg, 834 F.2d 730, 733 (9th Cir. 1987).

IT IS HEREBY ORDERED THAT Defendants' *Ex Parte* Application to Correct a Clerical Error and Transfer the Case Back to the District Court for the Central District of California and Put the Parties' Motions Back on Calendar Before the Honorable Philip S. Gutierrez is DENIED.

Dated: _____

Honorable Philip S. Gutierrez
Judge of the United States District Court for the
Central District of California